UNITED STATES DISTRICT COURT
EASTERN DSITRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL ANGELO,

Plaintiff,

v. Case No: 2:25-cv-11840

~~KAREN FAIRLEY, IN HER INDIVIDUAL CAPACITY, KEISHA GLENN, IN HER INDIVIDUAL CAPACITY, AND~~ AARON KORSEN

Defendants.

Edward L. Ewald, Jr. (P43751)
Ewald Law, PLLC
Attorneys for Plaintiff
18306 Middlebelt Road
Livonia, MI 48306
(313) 510-3329
edwardewald@comcast.net

**PLAINTIFF'S EXHIBITS TO EVIDENTIARY HEARING ON MOTION FOR ENTRY OF DEFAULT JUDGMENT AUGUST 12, 2026**

| **Exhibits** | Description |
|---|---|
| **A** | Summary of Receivables |
| **B** | Operating Expenses |
| **C** | Aging Report- Expert Diagnostics |
| **D** | Aging Report – Easy Imaging |
| **E** | Aging Report – Paragon Diagnostics |
| **F** | Aging Report- Metro Toxicology |
| **G** | Aging Report- Precise Testing |
| **H** | Aging Report- Gentle Touch Therapy |
| **I** | Aging Report – Tox Testing |
| **J** | Aging Report – Pro Toxicology Testing |
| **K** | Primary Aging Summary – Woodward Transportation |
| **L** | Primary Aging Summary – Detroit Metro Rx |
| **M** | Primary Aging Summary – Meds Direct #2 |
| **N** | Primary Aging Summary – GL Ambulatory Surgical Center |
| **O** | Primary Aging Summary - US Health |