# A

| ENTITY NAME | AR 03.31.22 | PROJECTIONS |
|---|---|---|
| **TOX TESTING, INC** | $10,433,170.19 | $322,278.18 |
| EXPERT DIAGNOSTICS | $83,496.00 | $27,856.43 |
| METRO TOXICOLOGY LABS | $3,530,485.00 | $183,995.24 |
| PARAGON DIAGNOSTICS | $6,704,038.32 | $8,127,094.40 |
| PRECISE TESTING | $1,039,713.85 | $198,214.59 |
| PRO TOXICOLOGY TESTING | $4,609,043.96 | $195,516.53 |
| EASY IMAGING | 571,969.86 | |
| **GENTLE TOUCH PT** | 782,395.99 | $89,586.27 |
| **US HEALTH** | 49,722,108.79 | $3,265,454.07 |
| DETROIT METRO RX | 2,637,593.00 | $589,151.30 |
| MEDS DIRECT PHARMACY # 2 | 9,646,753.15 | $3,465,428.11 |
| XPRESS MEDS | 272,544.33 | $1,469,464.03 |
| **WOODWARD TRANSPORTATION** | 612,068.98 | $252,267.24 |
| **GL AMBULATORY SURGERY CENTER** | 127,480,050.11 | $4,419,905.81 |
| TOTAL | **$218,125,431.53** | **$22,606,212.19** |

**PROJECTIONS BASED ON ATTACHED SUMMARY**

TOXICOLOGY (Urine Drug Testing / Lab)
**Monthly growth: 1%**

PHARMACY (Dispensing / Compounds)
**Monthly growth: 3%**

PHYSICAL THERAPY
**Monthly growth: 3%**

TRANSPORTATION (Non-Emergency Medical Transport)
**Monthly growth: 5%**

SURGICAL CENTERS (ASC)
**Monthly growth: 2%**

**OPERATING EXPENSES BASED ON ATTACHED SUMMARY**

All operating expenses are estimates only and are subject
to fluctuation based on business activity and market
Actual expenses may vary materially from month to month
if reconciled against actual incurred costs.

| INCOME TOTAL | ESTIMATED NET COLLECTIBLE REVENUE 60% | OPERATING EXPENSES | ESTIMATED NET INCOME |
|---|---|---|---|
| $10,755,448.37 | $6,453,269.02 | $2,205,228.77 | $4,248,040.25 |
| $111,352.43 | $66,811.46 | | $66,811.46 |
| $3,714,480.24 | $2,228,688.14 | | $2,228,688.14 |
| $14,831,132.72 | $8,898,679.63 | | $8,898,679.63 |
| $1,237,928.44 | $742,757.07 | | $742,757.07 |
| $4,804,560.49 | $2,882,736.29 | | $2,882,736.29 |
| $571,969.86 | $343,181.92 | | $343,181.92 |
| $871,982.26 | $523,189.35 | $445,835.60 | $77,353.75 |
| $52,987,562.86 | $31,792,537.72 | $2,165,466.75 | $29,627,070.97 |
| $3,226,744.30 | $1,936,046.58 | | $1,936,046.58 |
| $13,112,181.26 | $7,867,308.76 | | $7,867,308.76 |
| $1,742,008.36 | $1,045,205.02 | | $1,045,205.02 |
| $864,336.22 | $518,601.73 | $510,900.00 | $7,701.73 |
| $131,899,955.92 | $79,139,973.55 | $4,486,667.43 | $74,653,306.12 |
| **$240,731,643.72** | **$144,438,986.23** | **$9,814,098.55** | **$134,624,887.68** |