# B

OPERATING EXPENSES

**Tox Testing**

| | | | |
|---|---|---|---|
| Advertising | $200.00 | | |
| Telephone & Fax | $191.89 | | |
| Computer & Internet | $1,679.00 | | |
| Payroll & Payroll Taxes | $27,000.00 | | |
| Professional Service | $1,537.20 | | |
| Courier Service | $800.00 | | |
| Testing Supplies | $9,000.00 | | |
| Office Supplies | $1,200.00 | | |
| | **$41,608.09** | 53 | **$2,205,228.77** |

**US HEALTH**

| | | | |
|---|---|---|---|
| Rent | $5,500.00 | | |
| Telephone & Fax | $191.89 | | |
| Computer & Internet | $2,123.00 | | |
| Payroll & Payroll Taxes | $9,500.00 | | |
| Medication Cost | $10,000.00 | | |
| Insurance | $358.00 | | |
| Office Supplies | $1,200.00 | | |
| | **$28,872.89** | 75 | **$2,165,466.75** |

**PHYSICAL THERAPY**

| | | | |
|---|---|---|---|
| Telephone & Fax | $191.89 | | |
| Computer & Internet | $454.00 | | |
| Payroll & Payroll Taxes | $8,000.00 | | |
| Insurance | $1,300.00 | | |
| Office Supplies | $1,200.00 | | |
| | **$11,145.89** | 40 | **$445,835.60** |

**TRANSPORTATION**

| | | | |
|---|---|---|---|
| Telephone | $165.00 | | |
| Gas & Oil | $3,050.00 | | |
| Insurance | $2,500.00 | | |
| Sub Contractors | $7,000.00 | | |
| Repairs & Mantenance | $385.00 | | |
| | **$13,100.00** | 39 | **$510,900.00** |

**SURGERY CENTER**

| | | | |
|---|---|---|---|
| Telephone & Fax | $191.89 | | |
| Computer & Internet | $1,679.00 | | |
| Payroll & Payroll Taxes | $36,000.00 | | |
| Maintenance | $3,500.00 | | |
| Supplies | $9,000.00 | | |
| Office Supplies | $1,200.00 | | |
| | **$51,570.89** | 87 | **$4,486,667.43** |

**All operating expenses are estimates only and are subject to fluctuation based on business activity and market conditions. Actual expenses may vary materially from month to month if reconciled against actual incurred costs.**