# C

EXPERT DIAGNOSTICS

# AGING BY INSURANCE COMPANY

Printed on 04/06/2026 Monday 21:00:47

EXPERT DIAGNOSTICS Doctor System Summary Aging To Date 03/21/2022 Use Service Date

| Code | Name | Total Balance | 00 - 30 Balance | 31 - 60 Balance | 61 - 90 Balance | 91 - 120 Balance | Over 120 Balance |
|---|---|---|---|---|---|---|---|
| AAA00 | AAA INSURANCE | 11,928.00 | | 11,928.00 | | | |
| AET01 | AETNA BETTER HEALTH | 3,976.00 | | | 3,976.00 | | |
| ALLMA | ALLSTATE | 3,976.00 | | 3,976.00 | | | |
| ASS03 | MACP | 19,880.00 | | 11,928.00 | 7,952.00 | | |
| ASU00 | ASU GROUP | 3,976.00 | | 3,976.00 | | | |
| FALLS | FALLS LAKE INSURANCE | 3,976.00 | | 3,976.00 | | | |
| FAR00 | FARM BUREAU | 7,952.00 | | | 7,952.00 | | |
| HAN00 | THE HANOVER | 3,976.00 | | | 3,976.00 | | |
| MED00 | MEDICARE - WPS | 7,952.00 | | 3,976.00 | 3,976.00 | | |
| PRO01 | PROGRESSIVE | 11,928.00 | | 7,952.00 | 3,976.00 | | |
| SED01 | SEDGWICK CLAIMS MGT | 3,976.00 | | 3,976.00 | | | |
| | **Grand Balance Totals:** | **83,496.00** | **0.00** | **51,688.00** | **31,808.00** | **0.00** | **0.00** |
| | **Balance Totals Percentages:** | **100%** | **0.00%** | **61.90%** | **38.09%** | **0.00%** | **0.00%** |

* Balance include both Insurance and Patient