# D

EASY IMAGING LLC

# AGING BY INSURANCE COMPANY

Printed on 04/06/2026 Monday 20:56:35

EASY IMAGING LLC Doctor System Summary Aging To Date 03/21/2022 Use Service Date

| Code | Name | Total Balance | 00 - 30 Balance | 31 - 60 Balance | 61 - 90 Balance | 91 - 120 Balance | Over 120 Balance |
|---|---|---|---|---|---|---|---|
| AAA00 | AAA INSURANCE | 39,365.00 | | | | | 39,365.00 |
| ACC01 | ACCIDENT FUND | 5,083.33 | | | | | 5,083.33 |
| AET00 | AETNA INSURANCE | 700.00 | | | | | 700.00 |
| ALL00 | ALLSTATE | 41,107.00 | | | | | 41,107.00 |
| ALLMA | ALLSTATE | 7,000.00 | | | | | 7,000.00 |
| AME00 | AMERICAN COUNTRY | 700.00 | | | | | 700.00 |
| AME04 | AMERISURE | 1,900.00 | | | | | 1,900.00 |
| ASS03 | MACP | 45,000.00 | | | | | 45,000.00 |
| AUT00 | AUTO-OWNERS | 16,155.76 | | | | | 16,155.76 |
| BCN | BLUE CARE NETWORK | 7,150.00 | | | | | 7,150.00 |
| BLU00 | BLUE CROSS BLUE | 10,850.00 | | | | | 10,850.00 |
| BLU01 | BLUE CROSS COMPLETE | 3,650.00 | | | | | 3,650.00 |
| BRI00 | BRISTOL WEST | 2,450.00 | | | | | 2,450.00 |
| CHUBB | CHUBB INSURANCE | 1,400.00 | | | | | 1,400.00 |
| CIN01 | CINCINNATI INSURANCE | 9,025.10 | | | | | 9,025.10 |
| CIT01 | CITIZENS INSURANCE | 11,225.00 | | | | | 11,225.00 |
| CNBA | CORNERSTONE BENEFIT | 2,250.00 | | | | | 2,250.00 |
| CRUM | CRUM AND FORESTER | 1,750.00 | | | | | 1,750.00 |
| ELC00 | ELCO ADMINISTRATIVE | 10,150.00 | | | | | 10,150.00 |
| ESI00 | ESIS INC | 5,450.00 | | | | | 5,450.00 |
| ESU00 | MITCHELL | 10,803.81 | | | | | 10,803.81 |
| EVE00 | EVEREST NATIONAL | 3,850.00 | | | | | 3,850.00 |
| FALLS | FALLS LAKE INSURANCE | 2,450.00 | | | | | 2,450.00 |
| FAR00 | FARM BUREAU | 21,233.00 | | | | | 21,233.00 |
| FAR02 | FARMERS INSURANCE | 5,250.00 | | | | | 5,250.00 |
| FARMAC | FARMERS INSURANCE | 5,600.00 | | | | | 5,600.00 |
| FORE | FOREMOST INSURANCE | 2,450.00 | | | | | 2,450.00 |
| FRA00 | FRANKENMUTH | 5,642.00 | | | | | 5,642.00 |
| FRE00 | FREMONT INSURANCE | 6,140.00 | | | | | 6,140.00 |
| HAN00 | THE HANOVER | 2,650.00 | | | | | 2,650.00 |
| HAR00 | HARTFORD INSURANCE | 3,675.40 | | | | | 3,675.40 |
| HOLD | NO INSU NO CLM# ON | 25,300.00 | | | | | 25,300.00 |
| JAM00 | JAMES RIVER INSURANCE | 3,150.00 | | | | | 3,150.00 |
| LAW | CASE IN SUIT | 3,900.00 | | | | | 3,900.00 |
| LIB00 | LIBERTY MUTUAL | 10,996.65 | | | | | 10,996.65 |
| LM000 | LIBERTY MUTUAL | 1,525.00 | | | | | 1,525.00 |

EASY IMAGING LLC

# AGING BY INSURANCE COMPANY

Printed on 04/06/2026 Monday 20:56:35

EASY IMAGING LLC Doctor System Summary Aging To Date 03/21/2022 Use Service Date

| Code | Name | Total Balance | 00 - 30 Balance | 31 - 60 Balance | 61 - 90 Balance | 91 - 120 Balance | Over 120 Balance |
|---|---|---|---|---|---|---|---|
| LYFT | YORK RISK SERVICES | 6,550.00 | | | | | 6,550.00 |
| MEE01 | MEEMIC | 4,900.00 | | | | | 4,900.00 |
| MET00 | MET LIFE AUTO AND | 3,150.00 | | | | | 3,150.00 |
| NARS | NORTH AMERICAN RISK | 2,730.00 | | | | | 2,730.00 |
| NAT00 | NATIONAL GENERAL | 700.00 | | | | | 700.00 |
| NAT01 | NATIONAL GENERAL | 20,463.08 | | | | | 20,463.08 |
| NAT02 | NATIONWIDE | 15,246.51 | | | | | 15,246.51 |
| NO-INS | | 1,258.17 | | | | | 1,258.17 |
| PIO00 | PIONEER STATE MUTUAL | 1,050.00 | | | | | 1,050.00 |
| PRIORI | PRIORITY HEALTH | 700.00 | | | | | 700.00 |
| PRO01 | PROGRESSIVE | 59,531.00 | | | | | 59,531.00 |
| QBE00 | QBE INSURANCE | 700.00 | | | | | 700.00 |
| REP00 | REPWEST | 1,200.00 | | | | | 1,200.00 |
| SAFE | SAFEWAY INSURANCE | 1,050.00 | | | | | 1,050.00 |
| SEC00 | SECURA INSURANCE | 1,750.00 | | | | | 1,750.00 |
| SED00 | SEDGWICK CLAIMS MGT | 2,875.00 | | | | | 2,875.00 |
| STA00 | STATE FARM | 63,581.96 | | | | | 63,581.96 |
| STATAU | STATE AUTO | 5,310.00 | | | | | 5,310.00 |
| TRA00 | TRAVELERS INSURANCE | 8,550.00 | | | | | 8,550.00 |
| TRA01 | TRAVELERS (WORKERS | 4,742.98 | | | | | 4,742.98 |
| TRALFT | TRAVELERS INSURANCE | 9,318.00 | | | | | 9,318.00 |
| USA00 | USAA CASUALTY | 12,547.11 | | | | | 12,547.11 |
| USAUND | USA UNDERWRITERS | 2,800.00 | | | | | 2,800.00 |
| WES00 | WESTFIELD INSURANCE | 3,589.00 | | | | | 3,589.00 |
| YOR00 | YORK RISK SERVICES | 700.00 | | | | | 700.00 |
| | **Grand Balance Totals:** | **571,969.86** | **0.00** | **0.00** | **0.00** | **0.00** | **571,969.86** |
| | **Balance Totals Percentages:** | **100%** | **0.00%** | **0.00%** | **0.00%** | **0.00%** | **100.00%** |

* Balance include both Insurance and Patient
* Code NO-INS is from transactions that cannot locate claim or policy. Following is the list of patients and claims that have this problem : 46840-3701/