# E

PARAGON DIAGNOTICS

# AGING BY INSURANCE COMPANY

Printed on 04/06/2026 Monday 20:57:26

PARAGON DIAGNOTICS Doctor System Summary Aging To Date 03/21/2022 Use Service Date

| Code | Name | Total Balance | 00 - 30 Balance | 31 - 60 Balance | 61 - 90 Balance | 91 - 120 Balance | Over 120 Balance |
|---|---|---|---|---|---|---|---|
| Total Cash Balance | | 79.40 | | | | | 79.40 |
| AAA00 | AAA INSURANCE | 244,445.04 | | | | | 244,445.04 |
| AAATTY | AUTO ACCIDENT | 35,784.00 | | | | | 35,784.00 |
| ACC01 | ACCIDENT FUND | 151,088.00 | | | | | 151,088.00 |
| ACE00 | ACE AMERICAN TPA | 486.19 | | | | | 486.19 |
| ALL00 | ALLSTATE | 398,959.34 | | 3,976.00 | 3,976.00 | | 391,007.34 |
| ALLC | ALLIANCE UNITED | 3,976.00 | | | | | 3,976.00 |
| ALLMA | ALLSTATE | 210,780.18 | | | 3,976.00 | | 206,804.18 |
| AME04 | AMERISURE | 15,730.17 | | | | | 15,730.17 |
| AMERWC | AMERISURE WORKERS | 11,690.97 | | | | | 11,690.97 |
| ASS02 | MICHIGAN ASSIGNED | 3,976.00 | | | | | 3,976.00 |
| ASS03 | MACP | 710,735.26 | | | 3,976.00 | 3,976.00 | 702,783.26 |
| ASU00 | ASU GROUP | 63,616.00 | | | | | 63,616.00 |
| AUT00 | AUTO-OWNERS | 44,790.18 | | | | | 44,790.18 |
| BCN | BLUE CARE NETWORK | 20,824.07 | | | | | 20,824.07 |
| BER00 | BERKSHIRE HATHAWAY | 4,477.00 | | | | | 4,477.00 |
| BLU00 | BLUE CROSS BLUE | 46,817.26 | | | | | 46,817.26 |
| BRI00 | BRISTOL WEST | 15,904.00 | | | | | 15,904.00 |
| BROD00 | BROADSPIRE INSURANCE | 1,002.00 | | | | | 1,002.00 |
| CHUBB | CHUBB INSURANCE | 3,976.00 | | | | | 3,976.00 |
| CIN01 | CINCINNATI INSURANCE | 11,980.18 | | | | | 11,980.18 |
| CIT01 | CITIZENS INSURANCE | 188,751.48 | | 3,976.00 | 3,976.00 | 3,976.00 | 176,823.48 |
| COA00 | COMPONE/MANAGEABILIT | 33,050.36 | | | | | 33,050.36 |
| COOP | THE CO-OPERATORS | 501.00 | | | | | 501.00 |
| DAIRY0 | DAIRYLAND | 3,976.00 | | | | | 3,976.00 |
| DOL | US DEPARTMENT OF | 4,028.18 | | | | | 4,028.18 |
| ELC00 | ELCO ADMINISTRATIVE | 39,864.36 | | | | | 39,864.36 |
| ENC00 | ENCOMPASS INS | 24,116.90 | | | | | 24,116.90 |
| ERIE | ERIE INSURANCE | 3,976.00 | | | | | 3,976.00 |
| ESI00 | ESIS INC | 20,882.00 | | | | | 20,882.00 |
| ESU00 | MITCHELL | 64,681.40 | | | | | 64,681.40 |
| EVE00 | EVEREST NATIONAL | 67,644.18 | | | | | 67,644.18 |
| FALLS | FALLS LAKE INSURANCE | 55,716.18 | | | | | 55,716.18 |
| FAR00 | FARM BUREAU | 272,990.84 | | | | | 272,990.84 |
| FAR02 | FARMERS INSURANCE | 166,256.22 | | | | | 166,256.22 |
| FARMAC | FARMERS INSURANCE | 167,096.36 | | 3,976.00 | 3,976.00 | | 159,144.36 |

PARAGON DIAGNOTICS

# AGING BY INSURANCE COMPANY

Printed on 04/06/2026 Monday 20:57:27

PARAGON DIAGNOTICS Doctor System Summary Aging To Date 03/21/2022 Use Service Date

| Code | Name | Total Balance | 00 - 30 Balance | 31 - 60 Balance | 61 - 90 Balance | 91 - 120 Balance | Over 120 Balance |
|---|---|---|---|---|---|---|---|
| FIRNP | FIRST NONPROFIT | 3,976.00 | | | | | 3,976.00 |
| FORE | FOREMOST INSURANCE | 3,976.00 | | | | | 3,976.00 |
| FRA00 | FRANKENMUTH | 2,016.09 | | | | | 2,016.09 |
| FRE00 | FREMONT INSURANCE | 32,592.70 | | | | | 32,592.70 |
| GAL00 | GALLAGHER BASSETT | 16,405.00 | | | | | 16,405.00 |
| GB100 | GALLAGHER BASSETT | 8,438.19 | | | | | 8,438.19 |
| GEI00 | GEICO | 26,392.11 | | | | | 26,392.11 |
| GRE01 | GREAT AMERICAN | 3,976.00 | | | | | 3,976.00 |
| HAN00 | THE HANOVER | 67,644.18 | | | | | 67,644.18 |
| HAP | HEALTH ALLIANCE PLAN | 9,414.04 | | | | | 9,414.04 |
| HAP00 | HAP MIDWEST HEALTH | 3,976.00 | | | | | 3,976.00 |
| HAR00 | HARTFORD INSURANCE | 27,884.18 | | | | | 27,884.18 |
| HEROO | HERTZ CLAIM | 8,453.00 | | | | | 8,453.00 |
| HOLD | NO INSU NO CLM# ON | 814,947.19 | | 3,976.00 | | | 810,971.19 |
| JAM00 | JAMES RIVER INSURANCE | 3,976.00 | | | | | 3,976.00 |
| LIB00 | LIBERTY MUTUAL | 156,323.53 | | | | | 156,323.53 |
| LM000 | LIBERTY MUTUAL | 8,954.00 | | | | | 8,954.00 |
| LYFT | YORK RISK SERVICES | 19,932.18 | | | | | 19,932.18 |
| MANTEC | MTMIC | 67,592.00 | | | 3,976.00 | 3,976.00 | 59,640.00 |
| MEE00 | MEEMIC | 3,976.00 | | | | | 3,976.00 |
| MEE01 | MEEMIC | 31,470.18 | | | | | 31,470.18 |
| MER01 | MERIDIAN | 4,937.04 | | | | | 4,937.04 |
| MET00 | MET LIFE AUTO AND | 18,853.71 | | | | | 18,853.71 |
| MIMI00 | MICHIGAN MILLERS | 501.00 | | | | | 501.00 |
| NAT01 | NATIONAL GENERAL | 86,116.59 | | | | | 86,116.59 |
| NAT02 | NATIONWIDE | 354,704.22 | | | | 3,976.00 | 350,728.22 |
| NAT05 | NATIONAL INDEMNITY | 3,976.00 | | | | | 3,976.00 |
| NPSC | NATIONAL | 35,784.00 | | | | | 35,784.00 |
| ONE00 | ONE BEACON | 7,952.00 | | | | | 7,952.00 |
| PHI00 | PHILADELPHIA INS CO | 39,211.44 | | 3,976.00 | 3,851.72 | | 31,383.72 |
| PIO00 | PIONEER STATE MUTUAL | 29,613.00 | | | | | 29,613.00 |
| PMA | PMA COMPANIES | 11,848.99 | | | | | 11,848.99 |
| PRIORI | PRIORITY HEALTH | 4,477.00 | | | | | 4,477.00 |
| PRO00 | PROGRESSIVE | 501.00 | | | | | 501.00 |
| PRO01 | PROGRESSIVE | 406,205.65 | | 3,976.00 | 7,952.00 | | 394,277.65 |
| REP00 | REPWEST | 7,952.00 | | | | | 7,952.00 |

PARAGON DIAGNOTICS

# AGING BY INSURANCE COMPANY

Printed on 04/06/2026 Monday 20:57:27

PARAGON DIAGNOTICS Doctor System Summary Aging To Date 03/21/2022 Use Service Date

| Code | Name | Total Balance | 00 - 30 Balance | 31 - 60 Balance | 61 - 90 Balance | 91 - 120 Balance | Over 120 Balance |
|---|---|---|---|---|---|---|---|
| SAF00 | SAFECO INSURANCE | 3,976.00 | | | | | 3,976.00 |
| SEC00 | SECURA INSURANCE | 23,856.00 | | | | | 23,856.00 |
| SED00 | SEDGWICK CLAIMS MGT | 51,688.00 | | | 3,976.00 | | 47,712.00 |
| SED01 | SEDGWICK CLAIMS MGT | 11,848.99 | | | | | 11,848.99 |
| STA00 | STATE FARM | 614,063.95 | | | | | 614,063.95 |
| STATAU | STATE AUTO | 148,590.19 | | 3,976.00 | | | 144,614.19 |
| TRA00 | TRAVELERS INSURANCE | 55,913.47 | | | | | 55,913.47 |
| TRA01 | TRAVELERS (WORKERS | 43,024.91 | | | | | 43,024.91 |
| TRALFT | TRAVELERS INSURANCE | 106,520.06 | | | | | 106,520.06 |
| TRICAR | TRICARE EAST REGION | 3,976.00 | | 3,976.00 | | | |
| UNITED | UNITED HEALTHCARE | 19,919.88 | | | 3,976.00 | | 15,943.88 |
| USA00 | USAA CASUALTY | 76,650.36 | | | | | 76,650.36 |
| USAUND | USA UNDERWRITERS | 27,832.00 | | | | | 27,832.00 |
| WBM00 | WEST BEND MUTUAL | 3,976.00 | | | | | 3,976.00 |
| WES00 | WESTFIELD INSURANCE | 28,886.74 | | | | | 28,886.74 |
| WIGFAL | WIGOD AND FALZON | 23,856.00 | | | | | 23,856.00 |
| YOR00 | YORK RISK SERVICES | 9,361.86 | | | | | 9,361.86 |
| ZUR01 | ZURICH CUSTOMER CARE | 501.00 | | | | | 501.00 |
| | **Grand Balance Totals:** | **6,704,038.32** | **0.00** | **31,808.00** | **43,611.72** | **15,904.00** | **6,612,714.60** |
| | **Balance Totals Percentages:** | **100%** | **0.00%** | **0.47%** | **0.65%** | **0.23%** | **98.63%** |

* Balance include both Insurance and Patient