# F

**METRO TOXICOLOGY LABS**

# AGING BY INSURANCE COMPANY

Printed on 04/06/2026 Monday 20:59:16

METRO TOXICOLOGY LABS Doctor System Summary Aging To Date 03/21/2022 Use Service Date

| Code | Name | Total Balance | 00 - 30 Balance | 31 - 60 Balance | 61 - 90 Balance | 91 - 120 Balance | Over 120 Balance |
|---|---|---|---|---|---|---|---|
| AAA00 | AAA INSURANCE | 158,702.68 | 15,685.66 | 7,929.01 | | | 135,088.01 |
| ACC01 | ACCIDENT FUND | 4,028.18 | | | | | 4,028.18 |
| AIG00 | AIG INSURANCE | 15,904.00 | | | | | 15,904.00 |
| ALL00 | ALLSTATE | 111,588.90 | | | | | 111,588.90 |
| ALLC | ALLIANCE UNITED | 7,952.00 | | | | | 7,952.00 |
| ALLMA | ALLSTATE | 99,608.72 | 3,976.00 | 3,976.00 | 16,008.36 | 12,032.36 | 63,616.00 |
| AME03 | AMERICAN CLAIMS | 63,616.00 | 3,976.00 | | | | 59,640.00 |
| AME04 | AMERISURE | 11,928.00 | | | | | 11,928.00 |
| AMERIC | AMERICAN SELECT | 3,816.00 | | | | | 3,816.00 |
| ASPIRE | ASPIRE GENERAL | 4,028.18 | | | | | 4,028.18 |
| ASS03 | MACP | 115,617.08 | 3,976.00 | 8,004.18 | 4,028.18 | | 99,608.72 |
| ASU00 | ASU GROUP | 11,980.18 | | | | | 11,980.18 |
| AUT00 | AUTO-OWNERS | 55,549.36 | | | | 3,976.00 | 51,573.36 |
| BER00 | BERKSHIRE HATHAWAY | 23,960.36 | | | | 4,028.18 | 19,932.18 |
| BLU00 | BLUE CROSS BLUE | 15,904.00 | | | | | 15,904.00 |
| BRI00 | BRISTOL WEST | 12,084.54 | | | | | 12,084.54 |
| CIT01 | CITIZENS INSURANCE | 87,785.08 | 3,976.00 | | 8,004.18 | 4,028.18 | 71,776.72 |
| COA00 | COMPONE/MANAGEABILIT | 63,456.00 | | 3,976.00 | | | 59,480.00 |
| CURE00 | CURE AUTO | 8,004.18 | | 8,004.18 | | | |
| ELC00 | ELCO ADMINISTRATIVE | 7,952.00 | | | | | 7,952.00 |
| ESI00 | ESIS INC | 3,976.00 | | | | | 3,976.00 |
| ESU00 | MITCHELL | 71,724.54 | | | | | 71,724.54 |
| EVE00 | EVEREST NATIONAL | 15,956.18 | | | | | 15,956.18 |
| FALLS | FALLS LAKE INSURANCE | 3,976.00 | | | | | 3,976.00 |
| FAR00 | FARM BUREAU | 182,279.60 | 3,976.00 | 7,879.90 | 11,855.90 | 19,932.18 | 138,635.62 |
| FAR02 | FARMERS INSURANCE | 39,968.72 | 4,028.18 | | | | 35,940.54 |
| FARMAC | FARMERS INSURANCE | 16,008.36 | | 8,004.18 | | | 8,004.18 |
| GB100 | GALLAGHER BASSETT | 19,843.70 | | | | | 19,843.70 |
| GEI00 | GEICO | 55,386.15 | | | | | 55,386.15 |
| GRE02 | GREAT WEST CASUALTY | 11,928.00 | | | | 3,976.00 | 7,952.00 |
| HAN00 | THE HANOVER | 127,264.26 | 15,904.00 | 3,976.00 | 15,884.08 | 7,952.00 | 83,548.18 |
| HAR00 | HARTFORD INSURANCE | 3,976.00 | | | | | 3,976.00 |
| HOLD | NO INSU NO CLM# ON | 545,442.52 | 19,932.18 | 15,904.00 | 31,860.18 | 23,960.36 | 453,785.80 |
| LIB00 | LIBERTY MUTUAL | 59,480.00 | | | | | 59,480.00 |
| LM000 | LIBERTY MUTUAL | 15,904.00 | | | | | 15,904.00 |
| MEE01 | MEEMIC | 35,724.33 | | | | 3,864.15 | 31,860.18 |

# AGING BY INSURANCE COMPANY

Printed on 04/06/2026 Monday 20:59:17

METRO TOXICOLOGY LABS Doctor System Summary Aging To Date 03/21/2022 Use Service Date

| Code | Name | Total Balance | 00 - 30 Balance | 31 - 60 Balance | 61 - 90 Balance | 91 - 120 Balance | Over 120 Balance |
|---|---|---|---|---|---|---|---|
| MET00 | MET LIFE AUTO AND | 11,980.18 | | | | | 11,980.18 |
| NARS | NORTH AMERICAN RISK | 3,976.00 | | | | | 3,976.00 |
| NAT01 | NATIONAL GENERAL | 11,928.00 | | | | | 11,928.00 |
| NAT02 | NATIONWIDE | 151,244.54 | 23,856.00 | 15,904.00 | 7,952.00 | | 103,532.54 |
| NAT05 | NATIONAL INDEMNITY | 3,976.00 | | | | | 3,976.00 |
| PAYLES | SEDGWICK C/O PAYLESS | 19,880.00 | | | | | 19,880.00 |
| PRO01 | PROGRESSIVE | 658,159.13 | 27,988.54 | 23,836.08 | 11,855.45 | 32,068.90 | 562,410.16 |
| SAF00 | SAFECO INSURANCE | 12,084.54 | | | 4,028.18 | | 8,056.36 |
| SEC00 | SECURA INSURANCE | 7,952.00 | | | | | 7,952.00 |
| SED00 | SEDGWICK CLAIMS MGT | 3,976.00 | | | | | 3,976.00 |
| SED01 | SEDGWICK CLAIMS MGT | 7,952.00 | | | 3,976.00 | 3,976.00 | |
| SEN00 | SENTRY INSURANCE | 7,952.00 | | | | | 7,952.00 |
| STA00 | STATE FARM | 83,600.36 | | | | | 83,600.36 |
| STATAU | STATE AUTO | 35,888.36 | 3,976.00 | 4,028.18 | 4,028.18 | | 23,856.00 |
| TRA00 | TRAVELERS INSURANCE | 31,833.35 | | | | | 31,833.35 |
| TRA01 | TRAVELERS (WORKERS | 3,896.99 | | | | | 3,896.99 |
| TRALFT | TRAVELERS INSURANCE | 63,483.33 | | 3,976.00 | | | 59,507.33 |
| USA00 | USAA CASUALTY | 51,563.72 | | 7,952.00 | | | 43,611.72 |
| USAUND | USA UNDERWRITERS | 223,282.16 | 8,004.18 | 4,028.18 | 16,060.54 | 8,004.18 | 187,185.08 |
| WBM00 | WEST BEND MUTUAL | 23,960.36 | | | | | 23,960.36 |
| WES00 | WESTFIELD INSURANCE | 15,584.00 | | | | | 15,584.00 |
| YOR00 | YORK RISK SERVICES | 4,028.18 | | | | | 4,028.18 |
| | **Grand Balance Totals:** | **3,530,485.00** | **139,254.74** | **127,377.89** | **135,541.23** | **127,798.49** | **3,000,512.65** |
| | **Balance Totals Percentages:** | **100%** | **3.94%** | **3.60%** | **3.83%** | **3.61%** | **84.98%** |

* Balance include both Insurance and Patient