# G

PRECISE TESTING

# AGING BY INSURANCE COMPANY

Printed on 04/06/2026 Monday 21:00:18

PRECISE TESTING Doctor System Summary Aging To Date 03/21/2022 Use Service Date

| Code | Name | Total Balance | 00 - 30 Balance | 31 - 60 Balance | 61 - 90 Balance | 91 - 120 Balance | Over 120 Balance |
|---|---|---|---|---|---|---|---|
| AAA00 | AAA INSURANCE | 55,350.45 | 11,070.09 | 18,450.15 | | | 25,830.21 |
| ACC01 | ACCIDENT FUND | 3,690.03 | | | 3,690.03 | | |
| AET01 | AETNA BETTER HEALTH | 11,070.09 | 3,690.03 | | 3,690.03 | | 3,690.03 |
| AIG00 | AIG INSURANCE | 7,380.06 | | | 3,690.03 | | 3,690.03 |
| ALL00 | ALLSTATE | 29,520.24 | | | 3,690.03 | 14,760.12 | 11,070.09 |
| ALLMA | ALLSTATE | 44,280.36 | | 3,690.03 | 7,380.06 | 7,380.06 | 25,830.21 |
| AME03 | AMERICAN CLAIMS | 7,380.06 | 3,690.03 | | | | 3,690.03 |
| AMICA0 | AMICA MUTUAL INS. | 3,690.03 | | | 3,690.03 | | |
| ASS03 | MACP | 64,060.15 | | 18,450.15 | 12,399.73 | 3,690.03 | 29,520.24 |
| ASU00 | ASU GROUP | 7,380.06 | | 3,690.03 | 3,690.03 | | |
| AUT00 | AUTO-OWNERS | 7,358.10 | | 3,668.07 | | | 3,690.03 |
| BER00 | BERKSHIRE HATHAWAY | 3,690.03 | | | | | 3,690.03 |
| CIT01 | CITIZENS INSURANCE | 18,450.15 | 3,690.03 | | | 3,690.03 | 11,070.09 |
| COA00 | COMPONE/MANAGEABILIT | 7,380.06 | | | | | 7,380.06 |
| COMPON | COMPONE | 3,690.03 | | 3,690.03 | | | |
| CURE00 | CURE AUTO | 7,380.06 | | 7,380.06 | | | |
| FALLS | FALLS LAKE INSURANCE | 7,380.06 | | | | | 7,380.06 |
| FAR00 | FARM BUREAU | 59,040.48 | 3,690.03 | 3,690.03 | 14,760.12 | 7,380.06 | 29,520.24 |
| FAR02 | FARMERS INSURANCE | 11,070.09 | 3,690.03 | | 3,690.03 | 3,690.03 | |
| FARMAC | FARMERS INSURANCE | 18,450.15 | | 3,690.03 | 3,690.03 | | 11,070.09 |
| FERERA | FEDERATED | 3,690.03 | 3,690.03 | | | | |
| FRA00 | FRANKENMUTH | 1,466.52 | | | | | 1,466.52 |
| GAL00 | GALLAGHER BASSETT | 3,690.03 | 3,690.03 | | | | |
| GEI00 | GEICO | 3,675.63 | | | | | 3,675.63 |
| GRE02 | GREAT WEST CASUALTY | 3,690.03 | | | | | 3,690.03 |
| HAN00 | THE HANOVER | 59,040.48 | 14,760.12 | 3,690.03 | 3,690.03 | 7,380.06 | 29,520.24 |
| HOLD | NO INSU NO CLM# ON | 125,461.02 | 18,450.15 | 14,760.12 | 22,140.18 | 14,760.12 | 55,350.45 |
| LIB00 | LIBERTY MUTUAL | 3,690.03 | | | | | 3,690.03 |
| MEE01 | MEEMIC | 3,690.03 | | | | | 3,690.03 |
| NAT02 | NATIONWIDE | 47,970.39 | 3,690.03 | 7,380.06 | 14,760.12 | | 22,140.18 |
| PRO01 | PROGRESSIVE | 259,150.46 | 14,362.64 | 22,140.18 | 52,963.88 | 24,634.76 | 145,049.00 |
| SAF00 | SAFECO INSURANCE | 18,450.15 | | | 7,380.06 | | 11,070.09 |
| SED01 | SEDGWICK CLAIMS MGT | 17,657.41 | | 6,983.69 | 3,293.66 | 3,690.03 | 3,690.03 |
| SEN00 | SENTRY INSURANCE | 3,690.03 | | | | | 3,690.03 |
| STATAU | STATE AUTO | 14,760.12 | 3,690.03 | | | 3,690.03 | 7,380.06 |
| TRALFT | TRAVELERS INSURANCE | 3,690.03 | | 3,690.03 | | | |

THOMAS by Genius Solutions Inc. (INSAGING.FRX)(FINREP.KEYID=23)

PRECISE TESTING

# AGING BY INSURANCE COMPANY

Printed on 04/06/2026 Monday 21:00:19

PRECISE TESTING Doctor System Summary Aging To Date 03/21/2022 Use Service Date

| Code | Name | Total Balance | 00 - 30 Balance | 31 - 60 Balance | 61 - 90 Balance | 91 - 120 Balance | Over 120 Balance |
|---|---|---|---|---|---|---|---|
| USA00 | USAA CASUALTY | 14,760.12 | | 7,380.06 | 3,690.03 | | 3,690.03 |
| USAUND | USA UNDERWRITERS | 66,420.54 | 3,690.03 | 3,690.03 | 7,380.06 | 18,450.15 | 33,210.27 |
| WES00 | WESTFIELD INSURANCE | 7,380.06 | 3,690.03 | | 3,690.03 | | |
| | **Grand Balance Totals:** | **1,039,713.85** | **99,233.33** | **136,112.78** | **183,048.20** | **113,195.48** | **508,124.06** |
| | **Balance Totals Percentages:** | **100%** | **9.54%** | **13.09%** | **17.60%** | **10.88%** | **48.87%** |

* Balance include both Insurance and Patient