# H

# GENTLE TOUCH THERAPY, LLC

## AGING BY INSURANCE COMPANY

Printed on 04/06/2026 Monday 20:58:09

GENTLE TOUCH THERAPY, LLC Doctor System Summary Aging To Date 03/21/2022 Use Service Date

| Code | Name | Total Balance | 00 - 30 Balance | 31 - 60 Balance | 61 - 90 Balance | 91 - 120 Balance | Over 120 Balance |
|---|---|---|---|---|---|---|---|
| Total Cash Balance | | 253.00 | 3.00 | | | 250.00 | |
| AAA00 | AAA INSURANCE | 28,324.92 | 1,926.52 | 1,313.40 | 570.00 | 1,975.00 | 22,540.00 |
| AAATTY | AUTO ACCIDENT | 21,095.00 | | | | | 21,095.00 |
| ACC01 | ACCIDENT FUND | 22,012.15 | | | | | 22,012.15 |
| AET01 | AETNA BETTER HEALTH | 16,320.00 | 2,720.00 | 425.00 | | 1,815.00 | 11,360.00 |
| ALL00 | ALLSTATE | 26,954.62 | | | | | 26,954.62 |
| ALLMA | ALLSTATE | 60,340.00 | 3,760.00 | 3,040.00 | 2,480.00 | 3,525.00 | 47,535.00 |
| AME04 | AMERISURE | 350.00 | | | | | 350.00 |
| ASS03 | MACP | 93,733.25 | | 350.00 | | | 93,383.25 |
| ASU00 | ASU GROUP | 25,685.00 | | | | | 25,685.00 |
| AUT00 | AUTO-OWNERS | 250.00 | | | | | 250.00 |
| BCN | BLUE CARE NETWORK | 2,245.00 | | | | | 2,245.00 |
| BER00 | BERKSHIRE HATHAWAY | 445.00 | | | | | 445.00 |
| BLU00 | BLUE CROSS BLUE | 14,945.00 | | | | | 14,945.00 |
| BRI00 | BRISTOL WEST | 6,650.00 | | | | | 6,650.00 |
| CIGMED | CIGNA MEDICARE | 4,965.00 | | | | | 4,965.00 |
| CIT01 | CITIZENS INSURANCE | 13,445.00 | | | | 1,335.00 | 12,110.00 |
| COA00 | COMPONE/MANAGEABILIT | 2,180.00 | | | | | 2,180.00 |
| ELC00 | ELCO ADMINISTRATIVE | 350.00 | | | | | 350.00 |
| ESI00 | ESIS INC | 1,100.00 | | | | | 1,100.00 |
| EVE00 | EVEREST NATIONAL | 1,625.00 | | | | | 1,625.00 |
| FALLS | FALLS LAKE INSURANCE | 3,025.00 | | | | | 3,025.00 |
| FAR00 | FARM BUREAU | 13,809.40 | | | | | 13,809.40 |
| FAR02 | FARMERS INSURANCE | 15,398.04 | | | | | 15,398.04 |
| FARMAC | FARMERS INSURANCE | 19,475.00 | 770.00 | 1,900.00 | 2,765.00 | 2,905.00 | 11,135.00 |
| GAL00 | GALLAGHER BASSETT | 3,560.00 | | | | | 3,560.00 |
| GB100 | GALLAGHER BASSETT | 4,730.00 | | | | | 4,730.00 |
| HAN00 | THE HANOVER | 9,782.70 | | | | | 9,782.70 |
| HAP00 | HAP MIDWEST HEALTH | 5,175.00 | | | | | 5,175.00 |
| HAR00 | HARTFORD INSURANCE | 2,135.00 | | | | | 2,135.00 |
| HOLD | NO INSU NO CLM# ON | 52,055.00 | 2,130.00 | | | | 49,925.00 |
| LAW | CASE IN SUIT | 250.00 | | | | | 250.00 |
| LIB00 | LIBERTY MUTUAL | 992.00 | | | | | 992.00 |
| LYFT | YORK RISK SERVICES | 445.00 | | | | | 445.00 |
| MANTEC | MTMIC | 15,545.00 | | | | | 15,545.00 |
| MED00 | MEDICARE - WPS | 50,870.00 | 4,445.00 | 4,835.00 | 4,485.00 | 6,935.00 | 30,170.00 |

GENTLE TOUCH THERAPY, LLC

# AGING BY INSURANCE COMPANY

Printed on 04/06/2026 Monday 20:58:09

GENTLE TOUCH THERAPY, LLC Doctor System Summary Aging To Date 03/21/2022 Use Service Date

| Code | Name | Total Balance | 00 - 30 Balance | 31 - 60 Balance | 61 - 90 Balance | 91 - 120 Balance | Over 120 Balance |
|---|---|---|---|---|---|---|---|
| NAT01 | NATIONAL GENERAL | 1,165.00 | | | | | 1,165.00 |
| NAT02 | NATIONWIDE | 15,765.00 | | | | | 15,765.00 |
| NPSC | NATIONAL | 440.00 | | | | | 440.00 |
| PMA | PMA COMPANIES | 6,802.16 | | | | | 6,802.16 |
| PRO01 | PROGRESSIVE | 57,473.55 | 345.00 | | 530.00 | | 56,598.55 |
| SED00 | SEDGWICK CLAIMS MGT | 2,333.25 | | | | | 2,333.25 |
| STA00 | STATE FARM | 117,766.48 | | | | | 117,766.48 |
| STATAU | STATE AUTO | 2,095.00 | | | | | 2,095.00 |
| TRA00 | TRAVELERS INSURANCE | 8,900.00 | | | | | 8,900.00 |
| TRALFT | TRAVELERS INSURANCE | 6,355.00 | | | | | 6,355.00 |
| TRICAR | TRICARE EAST REGION | 605.00 | | | | | 605.00 |
| USA00 | USAA CASUALTY | 905.47 | | | | | 905.47 |
| USAUND | USA UNDERWRITERS | 8,210.00 | | | | | 8,210.00 |
| WBM00 | WEST BEND MUTUAL | 350.00 | | | | | 350.00 |
| WIGFAL | WIGOD AND FALZON | 5,280.00 | | | | | 5,280.00 |
| ZUR01 | ZURICH CUSTOMER CARE | 7,435.00 | | | | | 7,435.00 |
| | **Grand Balance Totals:** | **782,395.99** | **16,099.52** | **11,863.40** | **10,830.00** | **18,740.00** | **724,863.07** |
| | **Balance Totals Percentages:** | **100%** | **2.05%** | **1.51%** | **1.38%** | **2.39%** | **92.64%** |

* Balance include both Insurance and Patient