# I

**TOX TESTING, INC**

# AGING BY INSURANCE COMPANY

Printed on 04/06/2026 Monday 20:55:58

TOX TESTING, INC Doctor System Summary Aging To Date 03/21/2022 Use Service Date

| Code | Name | Total Balance | 00 - 30 Balance | 31 - 60 Balance | 61 - 90 Balance | 91 - 120 Balance | Over 120 Balance |
|---|---|---|---|---|---|---|---|
| Total Cash Balance | | 3,885.68 | 189.87 | | | | 3,695.81 |
| AAA00 | AAA INSURANCE | 362,151.41 | | | 448.84 | | 361,702.57 |
| AAATTY | AUTO ACCIDENT | 20,912.86 | | | | | 20,912.86 |
| ACC01 | ACCIDENT FUND | 112,296.77 | | | | | 112,296.77 |
| ACE00 | ACE AMERICAN TPA | 2,008.11 | | | | | 2,008.11 |
| AET01 | AETNA BETTER HEALTH | 2,536.72 | | | | | 2,536.72 |
| AFI00 | AMERICAN FAMILY | 3,690.03 | | | | | 3,690.03 |
| AIG00 | AIG INSURANCE | 11,070.09 | | | | | 11,070.09 |
| ALL00 | ALLSTATE | 542,684.59 | | 462.97 | 7,380.06 | 3,690.03 | 531,151.53 |
| ALLC | ALLIANCE UNITED | 7,380.06 | | | | | 7,380.06 |
| ALLMA | ALLSTATE | 212,285.01 | | | 3,690.03 | 3,690.03 | 204,904.95 |
| AME01 | AMERIPRISE | 1,923.80 | | | | | 1,923.80 |
| AME02 | AMERICAN COUNTRY | 17,810.13 | | | | | 17,810.13 |
| AME03 | AMERICAN CLAIMS | 36,900.30 | | | | | 36,900.30 |
| AME04 | AMERISURE | 23,015.34 | | | | | 23,015.34 |
| AMERWC | AMERISURE WORKERS | 11,272.78 | | | | | 11,272.78 |
| AMICA0 | AMICA MUTUAL INS. | 7,380.06 | | | | | 7,380.06 |
| ASPIRE | ASPIRE GENERAL | 3,690.03 | | | | | 3,690.03 |
| ASS03 | MACP | 967,290.55 | | | 322.60 | 3,690.03 | 963,277.92 |
| ASU00 | ASU GROUP | 74,973.31 | | | 3,690.03 | | 71,283.28 |
| AUT00 | AUTO-OWNERS | 124,555.59 | | | | | 124,555.59 |
| BCN | BLUE CARE NETWORK | 47,043.22 | | | | | 47,043.22 |
| BER00 | BERKSHIRE HATHAWAY | 48,063.62 | | | | | 48,063.62 |
| BLU00 | BLUE CROSS BLUE | 256,145.07 | | | 3,690.03 | | 252,455.04 |
| BLU01 | BLUE CROSS COMPLETE | 23,578.96 | | | | | 23,578.96 |
| BRI00 | BRISTOL WEST | 25,830.21 | | | | | 25,830.21 |
| BROD00 | BROADSPIRE INSURANCE | 29,806.93 | | | | | 29,806.93 |
| CAPIND | CAPITOL INDEMNITY | 15,046.81 | | | | | 15,046.81 |
| CHUBB | CHUBB INSURANCE | 2,147.58 | | | | | 2,147.58 |
| CIGMED | CIGNA MEDICARE | 11,070.09 | | | | | 11,070.09 |
| CIN01 | CINCINNATI INSURANCE | 14,468.72 | | | | | 14,468.72 |
| CIT01 | CITIZENS INSURANCE | 217,686.13 | 295.15 | 295.15 | 3,690.03 | | 213,405.80 |
| CMI00 | WALMART CLAIMS | 11,070.09 | | | | | 11,070.09 |
| COA00 | COMPONE/MANAGEABILIT | 119,261.00 | | | 3,690.03 | | 115,570.97 |
| COMPON | COMPONE | 3,690.03 | | | | | 3,690.03 |
| COOP | THE CO-OPERATORS | 11,070.09 | | | | | 11,070.09 |

TOX TESTING, INC

# AGING BY INSURANCE COMPANY

Printed on 04/06/2026 Monday 20:55:58

TOX TESTING, INC Doctor System Summary Aging To Date 03/21/2022 Use Service Date

| Code | Name | Total Balance | 00 - 30 Balance | 31 - 60 Balance | 61 - 90 Balance | 91 - 120 Balance | Over 120 Balance |
|---|---|---|---|---|---|---|---|
| DAIRY0 | DAIRYLAND | 3,690.03 | | | | | 3,690.03 |
| DOL | US DEPARTMENT OF | 3,398.63 | | | | | 3,398.63 |
| EHIM | EHIM | 11,070.09 | | | | | 11,070.09 |
| ELC00 | ELCO ADMINISTRATIVE | 43,924.19 | | | | | 43,924.19 |
| ENC00 | ENCOMPASS INS | 18,450.15 | | | | | 18,450.15 |
| ESI00 | ESIS INC | 18,540.81 | | | | | 18,540.81 |
| ESU00 | MITCHELL | 167,534.41 | | | | | 167,534.41 |
| EVE00 | EVEREST NATIONAL | 67,368.77 | | | | | 67,368.77 |
| FALLS | FALLS LAKE INSURANCE | 94,320.26 | | | | | 94,320.26 |
| FAR00 | FARM BUREAU | 331,524.48 | | | 3,690.03 | | 327,834.45 |
| FAR02 | FARMERS INSURANCE | 161,001.43 | | | | | 161,001.43 |
| FARMAC | FARMERS INSURANCE | 166,212.18 | | 551.90 | 7,380.06 | | 158,280.22 |
| FIRNP | FIRST NONPROFIT | 3,690.03 | | | | | 3,690.03 |
| FORE | FOREMOST INSURANCE | 3,398.63 | | | | | 3,398.63 |
| FRA00 | FRANKENMUTH | 509.78 | | | | | 509.78 |
| FRE00 | FREMONT INSURANCE | 22,626.45 | | | | | 22,626.45 |
| GAL00 | GALLAGHER BASSETT | 52,695.34 | | | | | 52,695.34 |
| GB100 | GALLAGHER BASSETT | 10,715.09 | | | | | 10,715.09 |
| GEI00 | GEICO | 73,685.48 | | | | | 73,685.48 |
| GOAUTO | GO AUTO INSURANCE | 3,690.03 | | | | | 3,690.03 |
| GRA00 | GRANGE INSURANCE | 11,070.09 | | | | | 11,070.09 |
| GRE01 | GREAT AMERICAN | 3,690.03 | | | | | 3,690.03 |
| GRE02 | GREAT WEST CASUALTY | 3,690.03 | | | | | 3,690.03 |
| HAN00 | THE HANOVER | 98,987.89 | | 3,690.03 | | | 95,297.86 |
| HAP | HEALTH ALLIANCE PLAN | 13,738.23 | | | | | 13,738.23 |
| HAP00 | HAP MIDWEST HEALTH | 14,760.12 | | | | | 14,760.12 |
| HAR00 | HARTFORD INSURANCE | 42,232.66 | | | | | 42,232.66 |
| HEA00 | HUMANA | 1,795.00 | | | | | 1,795.00 |
| HEROO | HERTZ CLAIM | 11,954.91 | | | | | 11,954.91 |
| HOLD | NO INSU NO CLM# ON | 1,443,230.70 | | | | | 1,443,230.70 |
| HOR00 | HORACE MANN | 9,705.20 | | | | | 9,705.20 |
| JAM00 | JAMES RIVER INSURANCE | 7,556.34 | | | | | 7,556.34 |
| LAW | CASE IN SUIT | 3,398.63 | | | | | 3,398.63 |
| LIB00 | LIBERTY MUTUAL | 173,340.86 | | | | | 173,340.86 |
| LM000 | LIBERTY MUTUAL | 28,774.25 | | | | | 28,774.25 |
| LYFT | YORK RISK SERVICES | 102,287.93 | | | | | 102,287.93 |

# AGING BY INSURANCE COMPANY

Printed on 04/06/2026 Monday 20:55:58

TOX TESTING, INC Doctor System Summary Aging To Date 03/21/2022 Use Service Date

| Code | Name | Total Balance | 00 - 30 Balance | 31 - 60 Balance | 61 - 90 Balance | 91 - 120 Balance | Over 120 Balance |
|---|---|---|---|---|---|---|---|
| MAI00 | MAIN STREET AMERICA | 7,380.06 | | | | | 7,380.06 |
| MANTEC | MTMIC | 25,902.07 | | 1,145.32 | 485.14 | 3,690.03 | 20,581.58 |
| MED00 | MEDICARE - WPS | 34,453.13 | 897.70 | | 3,690.03 | | 29,865.40 |
| MEE01 | MEEMIC | 83,192.42 | | | | | 83,192.42 |
| MER01 | MERIDIAN | 14,702.58 | | | | | 14,702.58 |
| MET00 | MET LIFE AUTO AND | 51,547.26 | | | | | 51,547.26 |
| MICOM | MICHIGAN COMPLETE | 908.86 | | | | | 908.86 |
| MIMI00 | MICHIGAN MILLERS | 3,690.03 | | | | | 3,690.03 |
| MOL00 | MOLINA INSURANCE | 4,389.65 | | | | | 4,389.65 |
| NARS | NORTH AMERICAN RISK | 3,690.03 | | | | | 3,690.03 |
| NAT01 | NATIONAL GENERAL | 170,939.30 | | | | | 170,939.30 |
| NAT02 | NATIONWIDE | 364,761.78 | | | 3,690.03 | 256.69 | 360,815.06 |
| NAT05 | NATIONAL INDEMNITY | 3,398.63 | | | | | 3,398.63 |
| NO-INS | | 816.89 | | | | | 816.89 |
| NORTH | NORTHLAND AUTO | 7,380.06 | | | | | 7,380.06 |
| NPSC | NATIONAL | 10,677.24 | | | | | 10,677.24 |
| ONE00 | ONE BEACON | 14,760.12 | | | | | 14,760.12 |
| PHI00 | PHILADELPHIA INS CO | 22,772.06 | | 471.43 | | | 22,300.63 |
| PIO00 | PIONEER STATE MUTUAL | 22,872.21 | | | | | 22,872.21 |
| PMA | PMA COMPANIES | 12,129.58 | | | | | 12,129.58 |
| PRIORI | PRIORITY HEALTH | 34,037.61 | | | | | 34,037.61 |
| PRO00 | PROGRESSIVE | 3,690.03 | | | | | 3,690.03 |
| PRO01 | PROGRESSIVE | 956,946.30 | | 3,690.03 | 21,742.70 | 3,690.03 | 927,823.54 |
| REP00 | REPWEST | 69,698.45 | | | 3,690.03 | | 66,008.42 |
| SAF00 | SAFECO INSURANCE | 35,567.46 | | | 752.45 | | 34,815.01 |
| SEC00 | SECURA INSURANCE | 25,375.62 | | | | | 25,375.62 |
| SED00 | SEDGWICK CLAIMS MGT | 108,445.56 | | | 3,852.18 | | 104,593.38 |
| SED01 | SEDGWICK CLAIMS MGT | 10,994.34 | | | | | 10,994.34 |
| STA00 | STATE FARM | 746,188.91 | | | | | 746,188.91 |
| STATAU | STATE AUTO | 119,470.17 | | 3,690.03 | 3,690.03 | 3,690.03 | 108,400.08 |
| STATHM | STATE FARM | 7,380.06 | | | | | 7,380.06 |
| TOT00 | TOTAL HEALTH CARE, | 4,477.00 | | | | | 4,477.00 |
| TRA00 | TRAVELERS INSURANCE | 131,943.06 | | | | | 131,943.06 |
| TRA01 | TRAVELERS (WORKERS | 46,892.29 | | | 3,690.03 | | 43,202.26 |
| TRALFT | TRAVELERS INSURANCE | 98,441.20 | | | | | 98,441.20 |
| TRANS0 | TRANSGUARD | 9,059.35 | | | | 2,240.47 | 6,818.88 |

# AGING BY INSURANCE COMPANY

Printed on 04/06/2026 Monday 20:55:58

TOX TESTING, INC Doctor System Summary Aging To Date 03/21/2022 Use Service Date

| Code | Name | Total Balance | 00 - 30 Balance | 31 - 60 Balance | 61 - 90 Balance | 91 - 120 Balance | Over 120 Balance |
|---|---|---|---|---|---|---|---|
| TRICAR | TRICARE EAST REGION | 295.15 | | 295.15 | | | |
| UNI00 | UNITED HEALTHCARE | 4,521.58 | | | | | 4,521.58 |
| UNITED | UNITED HEALTHCARE | 67,662.52 | | | 3,690.03 | | 63,972.49 |
| USA00 | USAA CASUALTY | 160,681.21 | | | | | 160,681.21 |
| USAUND | USA UNDERWRITERS | 173,881.57 | | | | | 173,881.57 |
| WBM00 | WEST BEND MUTUAL | 11,070.09 | | | | | 11,070.09 |
| WES00 | WESTFIELD INSURANCE | 69,654.62 | | | | | 69,654.62 |
| WIGFAL | WIGOD AND FALZON | 10,827.77 | | | | | 10,827.77 |
| WOLV | WOLVERINE MUTAL | 14,760.12 | | | | | 14,760.12 |
| YOR00 | YORK RISK SERVICES | 22,733.17 | | | | | 22,733.17 |
| ZUR00 | ZURICH CUSTOMER | 10,470.09 | | | | | 10,470.09 |
| ZUR01 | ZURICH CUSTOMER CARE | 3,690.03 | | | | | 3,690.03 |
| | Grand Balance Totals: | 10,433,170.19 | 1,382.72 | 14,292.01 | 86,644.39 | 24,637.34 | 10,306,213.73 |
| | Balance Totals Percentages: | 100% | 0.01% | 0.13% | 0.83% | 0.23% | 98.78% |

* Balance include both Insurance and Patient
* Code NO-INS is from transactions that cannot locate claim or policy. Following is the list of patients and claims that have this problem :

89250-45908/