# J

# PRO TOXICOLOGY TESTING

## AGING BY INSURANCE COMPANY

PRO TOXICOLOGY TESTING Doctor System Summary Aging To Date 03/21/2022 Use Service Date

Printed on 04/06/2026 Monday 20:58:44

| Code | Name | Total Balance | 00 - 30 Balance | 31 - 60 Balance | 61 - 90 Balance | 91 - 120 Balance | Over 120 Balance |
|---|---|---|---|---|---|---|---|
| AAA00 | AAA INSURANCE | 194,824.00 | | | | | 194,824.00 |
| ACC01 | ACCIDENT FUND | 51,688.00 | | | | | 51,688.00 |
| AFI00 | AMERICAN FAMILY | 3,976.00 | | | | | 3,976.00 |
| AIG00 | AIG INSURANCE | 7,952.00 | | | | | 7,952.00 |
| ALL00 | ALLSTATE | 226,632.00 | | | | | 226,632.00 |
| ALLMA | ALLSTATE | 119,280.00 | | | | | 119,280.00 |
| AME03 | AMERICAN CLAIMS | 3,976.00 | | | | | 3,976.00 |
| AME04 | AMERISURE | 29,308.00 | | | | | 29,308.00 |
| AMICA0 | AMICA MUTUAL INS. | 3,976.00 | | | | | 3,976.00 |
| ASS03 | MACP | 485,072.00 | | | | | 485,072.00 |
| ASU00 | ASU GROUP | 47,712.00 | | | | | 47,712.00 |
| AUT00 | AUTO-OWNERS | 87,472.00 | | | | | 87,472.00 |
| BER00 | BERKSHIRE HATHAWAY | 27,832.00 | | | | | 27,832.00 |
| BRI00 | BRISTOL WEST | 23,856.00 | | | | | 23,856.00 |
| BROD00 | BROADSPIRE INSURANCE | 43,736.00 | | | | | 43,736.00 |
| CAPIND | CAPITOL INDEMNITY | 19,880.00 | | | | | 19,880.00 |
| CIT01 | CITIZENS INSURANCE | 194,824.00 | | | | | 194,824.00 |
| CMI00 | WALMART CLAIMS | 11,928.00 | | | | | 11,928.00 |
| COA00 | COMPONE/MANAGEABILIT | 99,320.99 | | | | | 99,320.99 |
| COOP | THE CO-OPERATORS | 11,928.00 | | | | | 11,928.00 |
| EHIM | EHIM | 19,800.99 | | | | | 19,800.99 |
| ELC00 | ELCO ADMINISTRATIVE | 56,445.00 | | | | | 56,445.00 |
| ESU00 | MITCHELL | 95,424.00 | | | | | 95,424.00 |
| EVE00 | EVEREST NATIONAL | 7,952.00 | | | | | 7,952.00 |
| FALLS | FALLS LAKE INSURANCE | 63,616.00 | | | | | 63,616.00 |
| FAR00 | FARM BUREAU | 178,875.00 | | | | | 178,875.00 |
| FAR02 | FARMERS INSURANCE | 91,448.00 | | | | | 91,448.00 |
| FARMAC | FARMERS INSURANCE | 131,208.00 | | | | | 131,208.00 |
| FRE00 | FREMONT INSURANCE | 11,808.00 | | | | | 11,808.00 |
| GEI00 | GEICO | 7,952.00 | | | | | 7,952.00 |
| GRA00 | GRANGE INSURANCE | 11,928.00 | | | | | 11,928.00 |
| GRE02 | GREAT WEST CASUALTY | 3,976.00 | | | | | 3,976.00 |
| HAN00 | THE HANOVER | 47,712.00 | | | | | 47,712.00 |
| HAP00 | HAP MIDWEST HEALTH | 23,856.00 | | | | | 23,856.00 |
| HEROO | HERTZ CLAIM | 7,952.00 | | | | | 7,952.00 |
| HOLD | NO INSU NO CLM# ON | 341,936.00 | | | | | 341,936.00 |

PRO TOXICOLOGY TESTING

# AGING BY INSURANCE COMPANY

Printed on 04/06/2026 Monday 20:58:44

PRO TOXICOLOGY TESTING Doctor System Summary Aging To Date 03/21/2022 Use Service Date

| Code | Name | Total Balance | 00 - 30 Balance | 31 - 60 Balance | 61 - 90 Balance | 91 - 120 Balance | Over 120 Balance |
|---|---|---|---|---|---|---|---|
| HOR00 | HORACE MANN | 3,676.00 | | | | | 3,676.00 |
| JAM00 | JAMES RIVER INSURANCE | 3,976.00 | | | | | 3,976.00 |
| LIB00 | LIBERTY MUTUAL | 39,556.71 | | | | | 39,556.71 |
| LYFT | YORK RISK SERVICES | 11,928.00 | | | | | 11,928.00 |
| MAI00 | MAIN STREET AMERICA | 7,952.00 | | | | | 7,952.00 |
| MED00 | MEDICARE - WPS | 3,976.00 | | | | | 3,976.00 |
| MEE01 | MEEMIC | 35,784.00 | | | | | 35,784.00 |
| MET00 | MET LIFE AUTO AND | 15,904.00 | | | | | 15,904.00 |
| NAT01 | NATIONAL GENERAL | 59,640.00 | | | | | 59,640.00 |
| NAT02 | NATIONWIDE | 87,472.00 | | | | | 87,472.00 |
| PIO00 | PIONEER STATE MUTUAL | 3,976.00 | | | | | 3,976.00 |
| PMA | PMA COMPANIES | 3,976.00 | | | | | 3,976.00 |
| PRO00 | PROGRESSIVE | 3,976.00 | | | | | 3,976.00 |
| PRO01 | PROGRESSIVE | 504,179.16 | | | | | 504,179.16 |
| REP00 | REPWEST | 46,617.63 | | | | | 46,617.63 |
| SAF00 | SAFECO INSURANCE | 39,460.00 | | | | | 39,460.00 |
| SED00 | SEDGWICK CLAIMS MGT | 135,025.98 | | | | | 135,025.98 |
| STA00 | STATE FARM | 360,289.55 | | | | | 360,289.55 |
| STATAU | STATE AUTO | 23,856.00 | | | | | 23,856.00 |
| STATHM | STATE FARM | 7,952.00 | | | | | 7,952.00 |
| TRA00 | TRAVELERS INSURANCE | 67,592.00 | | | | | 67,592.00 |
| TRA01 | TRAVELERS (WORKERS | 15,666.97 | | | | | 15,666.97 |
| TRALFT | TRAVELERS INSURANCE | 47,712.00 | | | | | 47,712.00 |
| TRANS0 | TRANSGUARD | 11,769.98 | | | | | 11,769.98 |
| USA00 | USAA CASUALTY | 83,496.00 | | | | | 83,496.00 |
| USAUND | USA UNDERWRITERS | 91,448.00 | | | | | 91,448.00 |
| WES00 | WESTFIELD INSURANCE | 51,388.00 | | | | | 51,388.00 |
| WOLV | WOLVERINE MUTAL | 23,856.00 | | | | | 23,856.00 |
| YOR00 | YORK RISK SERVICES | 7,952.00 | | | | | 7,952.00 |
| ZUR00 | ZURICH CUSTOMER | 11,928.00 | | | | | 11,928.00 |
| | **Grand Balance Totals:** | **4,609,043.96** | **0.00** | **0.00** | **0.00** | **0.00** | **4,609,043.96** |
| | **Balance Totals Percentages:** | **100%** | **0.00%** | **0.00%** | **0.00%** | **0.00%** | **100.00%** |

* Balance include both Insurance and Patient