# K

WOODWARD TRANSPORTATION, LLC

# Primary Insurance Aging Summary

As of March 31, 2022

Show all data where the Initial Billing Date 1 is on or before 3/31/2022

| Date of Service | Procedure | Current 0 - 30 | Past 31 - 60 | Past 61 - 90 | Past 91 - 120 | Past 121 ----> | Total Balance |
|---|---|---|---|---|---|---|---|
| **AAA INSURANCE (AAA00)** | | | | | | | (800)497-4036 |
| | Insurance Totals: | 858.00 | 1,009.10 | 165.00 | 1,059.04 | 23,287.05 | 26,378.19 |
| **ACCIDENT FUND INSURANCE C (ACC00)** | | | | | | | (866)206-5851 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 1,010.00 | 1,010.00 |
| **ACE AMERICAN INSURANCE (ACE00)** | | | | | | | (800)433-0385 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 350.00 | 350.00 |
| **AIG INSURANCE (AIG00)** | | | | | | | (517)336-2175 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 525.50 | 525.50 |
| **ALLSTATE (ALL00)** | | | | | | | (800)898-9623 |
| | Insurance Totals: | 1,125.43 | 243.15 | 0.00 | 232.15 | 29,114.19 | 30,714.92 |
| **ALLSTATE (ALL01)** | | | | | | | |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 2,816.80 | 2,816.80 |
| **AMERISURE (AME00)** | | | | | | | (800)257-1900 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 1,697.70 | 1,697.70 |
| **AMERIPRISE (AME02)** | | | | | | | |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 253.65 | 253.65 |
| **Arrowhead (ARR00)** | | | | | | | |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 817.03 | 817.03 |

WOODWARD TRANSPORTATION, LLC

# Primary Insurance Aging Summary

As of March 31, 2022

Show all data where the Initial Billing Date 1 is on or before 3/31/2022

| Date of Service | Procedure | Current 0 - 30 | Past 31 - 60 | Past 61 - 90 | Past 91 - 120 | Past 121 ----> | Total Balance |
|---|---|---|---|---|---|---|---|
| **ASU GROUP (ASU00)** | | | | | | | (517)349-6700 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 10,840.50 | 10,840.50 |
| **AUTO OWNERS INSURANCE (AUT00)** | | | | | | | (877)876-5621 |
| | Insurance Totals: | 2,151.72 | 1,380.83 | 1,013.73 | 2,995.48 | 2,519.78 | 10,061.54 |
| **BERKSHIRE HATHAWAY (BER00** | | | | | | | (800)673-2465 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 1,639.00 | 1,639.00 |
| **BRISTOL WEST (BRI00)** | | | | | | | (877)823-6503 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 2,467.30 | 2,467.30 |
| **Citizens Insurance (CIT01)** | | | | | | | (800)628-0250 |
| | Insurance Totals: | 135.00 | 204.90 | 0.00 | 590.00 | 15,353.28 | 16,283.18 |
| **COMPONE/MANAGEABILITY (COA00)** | | | | | | | (248)344-2295 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 1,059.43 | 1,059.43 |
| **ELCO ADMINISTRATIVE SERVI (ELC00)** | | | | | | | (630)424-6400 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 1,076.10 | 1,076.10 |
| **Encompass (ENC00)** | | | | | | | |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 136.50 | 136.50 |
| **ENTERPRISE GROUP (ENT00)** | | | | | | | (440)349-2210 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 942.50 | 942.50 |

WOODWARD TRANSPORTATION, LLC

# Primary Insurance Aging Summary

As of March 31, 2022

Show all data where the Initial Billing Date 1 is on or before 3/31/2022

| Date of Service | Procedure | Current 0 - 30 | Past 31 - 60 | Past 61 - 90 | Past 91 - 120 | Past 121 ----> | Total Balance |
|---|---|---|---|---|---|---|---|
| **MITCHELL INTERNATIONAL/ESURANCE (ESU00)** | | | | | | | (800)840-7618 |
| | Insurance Totals: | 342.50 | 429.30 | 0.00 | 0.00 | 3,422.13 | 4,193.93 |
| **EVEREST NATIONAL INSURANC (EVE00)** | | | | | | | (866)287-1736 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 6,960.10 | 6,960.10 |
| **FALLS LAKE NATIONAL INS (FAL00)** | | | | | | CLAIMS-CONTACT@FALLS | (866)459-1349 |
| | Insurance Totals: | 960.85 | 306.43 | 0.00 | 250.00 | 6,621.66 | 8,138.94 |
| **FARMERS INSURANCE (FAR00)** | | | | | | | (800)435-7764 |
| | Insurance Totals: | 195.15 | 520.58 | 199.70 | 211.45 | 25,260.68 | 26,387.56 |
| **FARM BUREAU (FAR01)** | | | | | | | (517)323-6680 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 7,696.30 | 7,696.30 |
| **FREMONT INSURANCE CO. (FRE00)** | | | | | | | (888)968-3664 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 104.95 | 104.95 |
| **GALLAGHER BASSETT (GAL00)** | | | | | | | (517)351-3100 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 3,381.00 | 3,381.00 |
| **GEICO (GEI00)** | | | | | | | (800)861-8380 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 1,229.90 | 1,229.90 |
| **The General (GEN00)** | | | | | | | (844)328-0306 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 308.60 | 308.60 |

WOODWARD TRANSPORTATION, LLC

# Primary Insurance Aging Summary

As of March 31, 2022

Show all data where the Initial Billing Date 1 is on or before 3/31/2022

| Date of Service | Procedure | Current 0 - 30 | Past 31 - 60 | Past 61 - 90 | Past 91 - 120 | Past 121 ----> | Total Balance |
|---|---|---|---|---|---|---|---|
| **GRANGE INSURANCE (GRANG)** | | | | | | | (800)303-9141 |
| | Insurance Totals: | 245.43 | 0.00 | 0.00 | 0.00 | 385.00 | 630.43 |
| **THE HANOVER INSURANCE (HAN00)** | | | | | | | (877)479-3817 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 2,531.30 | 2,531.30 |
| **HAP Midwest Health Plan (Claims Dept) (HAP00)** | | | | | | | (888)654-2200 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 114.00 | 114.00 |
| **HARTFORD INSURANCE GROUP (HAR00)** | | | | | | | (800)280-0555 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 820.00 | 820.00 |
| **JAMES RIVER INSURANCE (JAM00)** | | | | | | | (804)423-8372 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 1,004.95 | 1,004.95 |
| **L.A. INSURANCE (LA000)** | | | | | | | (586)254-8484 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 317.00 | 317.00 |
| **LANCER INSURANCE (LAN00)** | | | | | | | |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 986.65 | 986.65 |
| **Liberty Mutual (LIB00)** | | | | | | | (800)838-7103 |
| | Insurance Totals: | 262.75 | 326.68 | 0.00 | 329.20 | 6,878.13 | 7,796.76 |
| **LIBERTY MUTUAL (LMCOM)** | | | | | | | (800)362-0000 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 287.55 | 287.55 |

WOODWARD TRANSPORTATION, LLC

# Primary Insurance Aging Summary

As of March 31, 2022
Show all data where the Initial Billing Date 1 is on or before 3/31/2022

| Date of Service | Procedure | Current 0 - 30 | Past 31 - 60 | Past 61 - 90 | Past 91 - 120 | Past 121 ----> | Total Balance |
|---|---|---|---|---|---|---|---|
| **Luke Office (LUK00)** | | | | | | | |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 5,218.50 | 5,218.50 |
| **YORK RISK SERVICES (LYFT)** (866)391-9675 | | | | | | | |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 1,206.00 | 1,206.00 |
| **MACP (MAC00)** | | | | | | | |
| | Insurance Totals: | 4,933.52 | 4,068.58 | 3,629.14 | 5,635.76 | 159,708.35 | 177,975.35 |
| **MANUFACTURING TECH MUTUAL INSURANCE COMPANY (MAN00)** | | | | | | | |
| | Insurance Totals: | 315.05 | 180.00 | 0.00 | 180.00 | 6,447.64 | 7,122.69 |
| **Medicare - WPS GHA (MED00)** | | | | | | | |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 307.20 | 307.20 |
| **MEEMIC (MEE00)** | | | | | | | |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 624.03 | 624.03 |
| **Met Life Auto and Home Insurance (MET00)** (800)854-6011 | | | | | | | |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 299.50 | 299.50 |
| **NATIONWIDE (NAT00)** (800)951-1016 | | | | | | | |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 13,915.41 | 13,915.41 |
| **National General Insurance (Claims Dept) (NAT01)** (800)325-1088 | | | | | | | |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 5,932.90 | 5,932.90 |

WOODWARD TRANSPORTATION, LLC

# Primary Insurance Aging Summary

As of March 31, 2022

Show all data where the Initial Billing Date 1 is on or before 3/31/2022

| Date of Service | Procedure | Current 0 - 30 | Past 31 - 60 | Past 61 - 90 | Past 91 - 120 | Past 121 ----> | Total Balance |
|---|---|---|---|---|---|---|---|
| **NATIONAL PHARMACEUTICAL (NAT02)** | | | | | | | |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 1,709.70 | 1,709.70 |
| **NO INSURANCE (NO000)** | | | | | | | |
| | Insurance Totals: | 1,042.67 | 0.00 | 0.00 | 0.00 | 99,484.97 | 100,527.64 |
| **No Insurance (NO001)** | | | | | | | |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 1,144.55 | 1,144.55 |
| **PHILADELPHIA INS CO (PHI00)** | | | | | | | (800)765-9749 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 100.00 | 781.71 | 881.71 |
| **PIONEER STATE MUTUAL (PIO00)** | | | | | | | (800)443-1320 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 492.00 | 492.00 |
| **PMA COMPANIES (PMA00)** | | | | | | | (800)222-2749 |
| | Insurance Totals: | 0.00 | 351.13 | 0.00 | 0.00 | 7,616.10 | 7,967.23 |
| **PROGRESSIVE (PRO00)** | | | | | | | (888)622-6658 |
| | Insurance Totals: | 3,157.43 | 1,386.60 | 1,303.71 | 209.73 | 45,276.63 | 51,334.10 |
| **REPWEST (REPWE)** | | | | | | | (877)528-5673 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 190.00 | 190.00 |
| **SAFECO INSURANCE (SAF00)** | | | | | | | (800)332-3226 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 811.07 | 811.07 |

WOODWARD TRANSPORTATION, LLC

# Primary Insurance Aging Summary

As of March 31, 2022

Show all data where the Initial Billing Date 1 is on or before 3/31/2022

| Date of Service | Procedure | Current 0 - 30 | Past 31 - 60 | Past 61 - 90 | Past 91 - 120 | Past 121 ----> | Total Balance |
|---|---|---|---|---|---|---|---|
| **SECURA INSURANCE (SEC00)** | | | | | | | (800)558-3405 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 487.78 | 487.78 |
| **SEDGWICK (SED00)** | | | | | | | |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 14,409.43 | 14,409.43 |
| **SEDGWICK CLAIMS MGT (SED01)** | | | | | | | (866)795-7844 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 2,727.65 | 2,727.65 |
| **SMS STAFFING (SMS00)** | | | | | | | (313)827-1000 |
| | Insurance Totals: | 210.00 | 0.00 | 0.00 | 0.00 | 0.00 | 210.00 |
| **State Farm (STA00)** | | | | | | | (800)782-8332 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 2,342.00 | 2,342.00 |
| **STATE AUTO (STA01)** | | | | | | | |
| | Insurance Totals: | 151.10 | 235.00 | 0.00 | 0.00 | 2,225.26 | 2,611.36 |
| **TITAN INSURANCE (TIT00)** | | | | | | | (800)926-3168 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 868.30 | 868.30 |
| **TRAVELERS INSURANCE (TRA00)** | | | | | | | (800)321-6833 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 7,771.37 | 7,771.37 |
| **TRAVELERS (WORKERS COMP N (TRA01)** | | | | | | | |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 660.00 | 660.00 |

WOODWARD TRANSPORTATION, LLC

# Primary Insurance Aging Summary

As of March 31, 2022

Show all data where the Initial Billing Date 1 is on or before 3/31/2022

| Date of Service | Procedure | Current 0 - 30 | Past 31 - 60 | Past 61 - 90 | Past 91 - 120 | Past 121 ----> | Total Balance |
|---|---|---|---|---|---|---|---|
| **UNITED HEALTHCARE (UNI00)** | | | | | | | (866)414-1959 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 445.00 | 445.00 |
| **Us department of labor (US000)** | | | | | | | |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 172.10 | 172.10 |
| **USAA MAIL PROCESSING CENTER (USA00)** | | | | | | | (210)531-8722 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 6,376.58 | 6,376.58 |
| **USA Underwriter (USA01)** | | | | | | | |
| | Insurance Totals: | 517.03 | 527.41 | 0.00 | 0.00 | 2,616.13 | 3,660.57 |
| **WESTFIELD INSURANCE (WES00)** | | | | | | | (800)243-0210 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 250.00 | 250.00 |
| **WEST BEND MUTUAL INSURANC (WES01)** | | | | | | | (800)236-5010 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 102.50 | 102.50 |
| **WORKERS COMP (WOR00)** | | | | | | | |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 2,239.25 | 2,239.25 |
| **YORK RISK SERVICES (YOR00)** | | | | | | | (866)391-9675 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 1,829.50 | 1,829.50 |
| **ZURICH CUSTOMER CARE (ZUR00)** | | | | | | | (800)987-3373 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 5,286.25 | 5,286.25 |
| Report Aging Totals | | $16,603.63 | $11,169.69 | $6,311.28 | $11,792.81 | $566,191.57 | $612,068.98 |
| Percent of Aging Tota | | 2.7 % | 1.8 % | 1.0 % | 1.9 % | 92.5 % | 100.0 % |