# L

DETROIT METRO RX

# Primary Insurance Aging Summary

As of March 31, 2022

Show all data where the Initial Billing Date 1 is on or before 3/31/2022

| Date of Service | Procedure | Current 0 - 30 | Past 31 - 60 | Past 61 - 90 | Past 91 - 120 | Past 121 ----> | Total Balance |
|---|---|---|---|---|---|---|---|
| **AAA INSURANCE (AAA00)** | | | | | | | (800)497-4036 |
| | Insurance Totals: | 10,188.96 | 15,749.20 | 10,594.40 | 7,017.72 | 156,639.06 | 200,189.34 |
| **ACCIDENT FUND INSURANCE COMPANY (ACC00)** | | | | | | | (866)206-5851 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 28,150.69 | 28,150.69 |
| **AIG INSURANCE (AIG)** | | | | | | | (517)336-2175 |
| | Insurance Totals: | 0.00 | 0.00 | 1,914.49 | 1,644.49 | 7,536.56 | 11,095.54 |
| **ALLSTATE (ALL00)** | | | | | | | (800)898-9623 |
| | Insurance Totals: | 2,131.69 | 1,276.39 | 0.00 | 1,621.28 | 155,067.23 | 160,096.59 |
| **AMERICAN CLAIMS MANAGEMENT (AME00)** | | | | | | | (866)901-4496 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 4,316.76 | 4,316.76 |
| **AMERICAN FAMILY INSURANCE (AME01)** | | | | | | | (800)692-6326 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 474.49 | 474.49 |
| **Amerisure (AME08)** | | | | | | | (800)257-1900 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 3,626.79 | 3,626.79 |
| **ARROWHEAD General Insurance Agency, Inc. (ARR00)** | | | | | | | (619)744-5000 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 3,583.19 | 3,583.19 |
| **ASPIRE GENERAL INSURANCE (ASPIR)** | | | | | | | (855)231-1727 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 7,673.14 | 7,673.14 |

DETROIT METRO RX

# Primary Insurance Aging Summary

As of March 31, 2022

Show all data where the Initial Billing Date 1 is on or before 3/31/2022

| Date of Service | Procedure | Current 0 - 30 | Past 31 - 60 | Past 61 - 90 | Past 91 - 120 | Past 121 ----> | Total Balance |
|---|---|---|---|---|---|---|---|
| **ASU GROUP (ASU01)** | | | | | | | (517)349-6700 |
| | Insurance Totals: | 2,784.79 | 0.00 | 0.00 | 0.00 | 0.00 | 2,784.79 |
| **AUTO OWNERS INSURANCE (AUT00)** | | | | | | | (877)876-5621 |
| | Insurance Totals: | 0.00 | 84.79 | 4,367.17 | 0.00 | 43,235.97 | 47,687.93 |
| **BCBS FEDERAL (BCBS)** | | | | | | | (313)225-9000 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 5,346.28 | 5,346.28 |
| **BRISTOL WEST (BRI00)** | | | | | | | (877)823-6503 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **BROADSPIRE INSURANCE (BROAD)** | | | | | | | (847)719-5100 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 20,767.90 | 20,767.90 |
| **Capspecialty (CAPSP)** | | | | | | | (800)475-4450 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 23,463.05 | 23,463.05 |
| **CENTRAL INSURANCE (CENTR)** | | | | | | | (419)238-1010 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 2,124.79 | 2,124.79 |
| **CITY OF DETROIT (CIT00)** | | | | | | | (855)681-9675 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 14,907.24 | 14,907.24 |
| **CITIZENS INSURANCE (CIT01)** | | | | | | | (800)628-0250 |
| | Insurance Totals: | 0.00 | 6,785.97 | 4,361.78 | 8,293.85 | 119,750.44 | 139,192.04 |

DETROIT METRO RX

# Primary Insurance Aging Summary

As of March 31, 2022

Show all data where the Initial Billing Date 1 is on or before 3/31/2022

| Date of Service | Procedure | Current 0 - 30 | Past 31 - 60 | Past 61 - 90 | Past 91 - 120 | Past 121 ----> | Total Balance |
|---|---|---|---|---|---|---|---|
| **Walmart Claims Services, Inc. (CLAIM)** | | | | | | | (800)527-0566 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 21,463.29 | 21,463.29 |
| **CCOMPREHENSIVE RISK SERVICES (COMMA)** | | | | | | | (248)344-8550 |
| | Insurance Totals: | 2,521.39 | 4,249.58 | 4,803.68 | 4,271.78 | 58,720.31 | 74,566.74 |
| **Corvel (COR00)** | | | | | | | (248)412-6000 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 13,304.25 | 13,304.25 |
| **Comprehensive Risk Services (CORIS)** | | | | | | | (248)344-8550 |
| | Insurance Totals: | 0.00 | 4,036.28 | 829.39 | 0.00 | 2,625.48 | 7,491.15 |
| **EHIM (EHIM)** | | | | | | | |
| | Insurance Totals: | 3,352.64 | 0.00 | 834.49 | 84.79 | 3,912.91 | 8,184.83 |
| **ELCO ADMINISTRATIVE SERVICES (ELC00)** | | | | | | | (630)424-6400 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 19,362.59 | 19,362.59 |
| **Mitchell International Esurance (ESU00)** | | | | | | | (800)840-7618 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 5,623.26 | 5,623.26 |
| **EVEREST NATIONAL INSURANCE COMPANY (EVE00)** | | | | | | | (866)287-1736 |
| | Insurance Totals: | 373.88 | 0.00 | 0.00 | 0.00 | 25,942.65 | 26,316.53 |
| **FALLS LAKE INSURANCE CO (FALLS)** | | | | | | | (866)459-1349 |
| | Insurance Totals: | 2,439.49 | 2,439.49 | 2,996.48 | 4,500.78 | 28,903.75 | 41,279.99 |

DETROIT METRO RX

# Primary Insurance Aging Summary

As of March 31, 2022

Show all data where the Initial Billing Date 1 is on or before 3/31/2022

| Date of Service | Procedure | Current 0 - 30 | Past 31 - 60 | Past 61 - 90 | Past 91 - 120 | Past 121 ----> | Total Balance |
|---|---|---|---|---|---|---|---|
| **FARMERS INSURANCE (FAR00)** | | | | | | | (800)435-7764 |
| | Insurance Totals: | 84.79 | 12,238.88 | 0.00 | 1,014.49 | 28,342.14 | 41,680.30 |
| **FARM BUREAU (FAR01)** | | | | | | | (517)323-6680 |
| | Insurance Totals: | 2,216.59 | 0.00 | 1,418.89 | 0.00 | 102,543.13 | 106,178.61 |
| **Fremont Insurance Company (FRE00)** | | | | | | | (888)968-3664 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 7,345.45 | 7,345.45 |
| **GEICO (GEI00)** | | | | | | | (800)861-8380 |
| | Insurance Totals: | 0.00 | 0.00 | 84.79 | 0.00 | 3,731.49 | 3,816.28 |
| **GRANGE INSURANCE (GRA00)** | | | | | | | (800)303-9141 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 4,055.77 | 4,055.77 |
| **GREAT WEST CASUALTY (GRWEC)** | | | | | | | (402)494-2411 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 2,626.79 | 2,626.79 |
| **HANOVER (HAN00)** | | | | | | | (877)479-3817 |
| | Insurance Totals: | 0.00 | 4,328.35 | 0.00 | 0.00 | 12,715.10 | 17,043.45 |
| **THE HARTFORD INSURANCE GROUP (HAR00)** | | | | | | | (800)280-0555 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 5,474.23 | 5,474.23 |
| **HORACE MANN (HOR00)** | | | | | | | (800)999-1030 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 2,476.39 | 2,476.39 |

DETROIT METRO RX

# Primary Insurance Aging Summary

As of March 31, 2022

Show all data where the Initial Billing Date 1 is on or before 3/31/2022

| Date of Service | Procedure | Current 0 - 30 | Past 31 - 60 | Past 61 - 90 | Past 91 - 120 | Past 121 ----> | Total Balance |
|---|---|---|---|---|---|---|---|
| **INTEGON NATIONAL COMP (INT00)** | | | | | | | (336)432-2000 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 12,051.73 | 12,051.73 |
| **L.A. INSURANCE (LA000)** | | | | | | | (313)255-8299 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 9,090.46 | 9,090.46 |
| **LIBERTY MUTUAL (LIB00)** | | | | | | | (800)225-2467 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 52,115.73 | 52,115.73 |
| **MEEMIC (MEE00)** | | | | | | | (248)344-2295 |
| | Insurance Totals: | 0.00 | 3,254.18 | 1,766.89 | 0.00 | 32,045.68 | 37,066.75 |
| **METLIFE AUTO INSURANCE (MET00)** | | | | | | | (888)854-6011 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 15,597.93 | 15,597.93 |
| **MICHIGAN ASSIGNED CLAIMS PLAN (MIC02)** | | | | | | | |
| | Insurance Totals: | 11,455.14 | 35,187.04 | 8,716.55 | 4,039.58 | 351,841.61 | 411,239.92 |
| **National General Insurance (Claims Dept) (NAT00)** | | | | | | | (800)325-1088 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 21,746.81 | 21,746.81 |
| **NATIONAL INDEMNITY INSURANCE COMPANY (NAT01)** | | | | | | | (402)916-3000 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 7,824.53 | 7,824.53 |
| **NATIONWIDE (NAT03)** | | | | | | | (800)951-1016 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 25,916.41 | 25,916.41 |

DETROIT METRO RX

# Primary Insurance Aging Summary

As of March 31, 2022

Show all data where the Initial Billing Date 1 is on or before 3/31/2022

| Date of Service | Procedure | Current 0 - 30 | Past 31 - 60 | Past 61 - 90 | Past 91 - 120 | Past 121 ----> | Total Balance |
|---|---|---|---|---|---|---|---|
| **NO INSURANCE (NO000)** | | | | | | | |
| | Insurance Totals: | 0.00 | 1,159.09 | 0.00 | 0.00 | 1,598.89 | 2,757.98 |
| **PIONEER STATE MUTUAL (PIO00)** | | | | | | | (800)443-1320 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 1,533.38 | 1,533.38 |
| **PROGRESSIVE INSURANCE (PRO00)** | | | | | | | (888)622-6658 |
| | Insurance Totals: | 40,113.00 | 32,346.99 | 14,333.09 | 10,091.33 | 255,919.47 | 352,803.88 |
| **REPWEST (REPWE)** | | | | | | | (877)528-5673 |
| | Insurance Totals: | 1,276.39 | 1,276.39 | 2,214.49 | 0.00 | 27,648.18 | 32,415.45 |
| **Robert S Straqer (ROBST)** | | | | | | | (248)895-8801 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 3,052.46 | 3,052.46 |
| **SAFECO INSURANCE (SAF00)** | | | | | | | (800)225-2467 |
| | Insurance Totals: | 4,732.04 | 4,780.06 | 3,996.27 | 4,405.78 | 33,109.39 | 51,023.54 |
| **SEDGWICK (SED00)** | | | | | | | (877)957-6437 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 1,950.29 | 1,950.29 |
| **SEDGWICK CLAIMS MGT (SEDGW)** | | | | | | | (866)795-7844 |
| | Insurance Totals: | 0.00 | 2,034.19 | 0.00 | 4,473.08 | 43,841.14 | 50,348.41 |
| **STATE FARM (STA00** | | | | | | | (800)782-8332 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 124,359.35 | 124,359.35 |

DETROIT METRO RX

# Primary Insurance Aging Summary

As of March 31, 2022

Show all data where the Initial Billing Date 1 is on or before 3/31/2022

| Date of Service | Procedure | Current 0 - 30 | Past 31 - 60 | Past 61 - 90 | Past 91 - 120 | Past 121 ----> | Total Balance |
|---|---|---|---|---|---|---|---|
| **STATE AUTO (STA01)** | | | | | | | (800)766-1853 |
| | Insurance Totals: | 4,047.37 | 2,236.99 | 2,005.09 | 0.00 | 25,537.89 | 33,827.34 |
| **Thomas G. Krall (THOCR)** | | | | | | | (586)299-1300 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 3,414.78 | 3,414.78 |
| **TITAN INSURANCE (TIT00)** | | | | | | | (800)926-3168 |
| | Insurance Totals: | 0.00 | 3,939.25 | 0.00 | 0.00 | 1,597.38 | 5,536.63 |
| **TRAVELERS INSURANCE (TRA00)** | | | | | | | (800)238-6225 |
| | Insurance Totals: | 864.19 | 0.00 | 1,119.49 | 0.00 | 35,012.02 | 36,995.70 |
| **Travelers Lyft (TRALY)** | | | | | | | (800)252-4633 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 2,784.79 | 16,131.10 | 18,915.89 |
| **Transguard (TRANS)** | | | | | | | (630)864-3524 |
| | Insurance Totals: | 0.00 | 0.00 | 84.79 | 84.79 | 5,413.34 | 5,582.92 |
| **USAA CASUALTY INSURANCE COMPANY (USA00)** | | | | | | | (210)531-8722 |
| | Insurance Totals: | 0.00 | 84.79 | 84.79 | 0.00 | 14,522.27 | 14,691.85 |
| **USA UNDERWRITERS (USA01)** | | | | | | | (248)541-2800 |
| | Insurance Totals: | 0.00 | 1,195.09 | 6,987.87 | 2,869.58 | 103,807.23 | 114,859.77 |
| **Us Department Of Labor (USDOL)** | | | | | | | (212)863-0800 |
| | Insurance Totals: | 0.00 | 0.00 | 2,964.49 | 0.00 | 40,690.72 | 43,655.21 |

DETROIT METRO RX

# Primary Insurance Aging Summary

As of March 31, 2022

Show all data where the Initial Billing Date 1 is on or before 3/31/2022

| Date of Service | Procedure | Current 0 - 30 | Past 31 - 60 | Past 61 - 90 | Past 91 - 120 | Past 121 ----> | Total Balance |
|---|---|---|---|---|---|---|---|
| **WESTFIELD INSURANCE (WES00)** | | | | | | | (800)243-0210 |
| | Insurance Totals: | 3,697.34 | 0.00 | 1,284.79 | 0.00 | 17,135.55 | 22,117.68 |
| **WOLVERINE MUTAL INSURANCE (WOLV** | | | | | | | (800)443-1320 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 8,815.93 | 8,815.93 |
| **YORK RISK SERVICES (YOR00)** | | | | | | | (866)391-9675 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 19,625.11 | 19,625.11 |
| **ZURICH (ZUR00)** | | | | | | | (800)987-3373 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 12,888.73 | 12,888.73 |
| Report Aging Totals | | $92,279.69 | $138,682.99 | $77,764.16 | $57,198.11 | $2,271,668.05 | $2,637,593.00 |
| Percent of Aging Tota | | 3.5 % | 5.3 % | 2.9 % | 2.2 % | 86.1 % | 100.0 % |