# M

Meds Direct #2

# Primary Insurance Aging Summary

As of March 31, 2022

Show all data where the Initial Billing Date 1 is on or before 3/31/2022

| Date of Service | Procedure | Current 0 - 30 | Past 31 - 60 | Past 61 - 90 | Past 91 - 120 | Past 121 ----> | Total Balance |
|---|---|---|---|---|---|---|---|
| **AAA INSURANCE (AAA00)** | | | | | | | (800)497-4036 |
| | Insurance Totals: | 5,060.37 | 1,371.60 | 1,431.90 | 1,431.90 | 466,414.26 | 475,710.03 |
| **ACCIDENT FUND INSURANCE COMPANY (ACC00)** | | | | | | | (866)206-5851 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 45,062.46 | 45,062.46 |
| **ACE AMERICAN INSURANCE (ACE00)** | | | | | | | (800)433-0385 |
| | Insurance Totals: | 1,371.60 | 1,371.60 | 0.00 | 0.00 | 7,376.73 | 10,119.93 |
| **AIG INSURANCE (AIG)** | | | | | | | (517)336-2175 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 15,080.48 | 15,080.48 |
| **ALLSTATE (ALL00)** | | | | | | | (800)898-9623 |
| | Insurance Totals: | 2,938.20 | 1,566.60 | 1,566.60 | 0.00 | 1,002,968.04 | 1,009,039.44 |
| **ALLIED INSURANCE COMPANY (ALL02)** | | | | | | | |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 1,366.44 | 1,366.44 |
| **ALLIANCE UNITED INSURANCE (ALLIA)** | | | | | | | (800)508-5833 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 3,473.12 | 3,473.12 |
| **AMERICAN CLAIMS MANAGEMENT (AME00)** | | | | | | | (866)901-4496 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 73,144.18 | 73,144.18 |
| **AMERIPRISE (AME04)** | | | | | | | |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 3,027.74 | 3,027.74 |

Printed on 04/06/2026 9:29 pm

Meds Direct #2

# Primary Insurance Aging Summary

As of March 31, 2022

Show all data where the Initial Billing Date 1 is on or before 3/31/2022

| Date of Service | Procedure | Current 0 - 30 | Past 31 - 60 | Past 61 - 90 | Past 91 - 120 | Past 121 ----> | Total Balance |
|---|---|---|---|---|---|---|---|
| **Amerisure (AME08)** | | | | | | | (800)257-1900 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 35,246.73 | 35,246.73 |
| **American Select Insurance (AMERS)** | | | | | | | (330)887-0101 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 825.00 | 825.00 |
| **AMICA MUTUAL INSURANCE (AMI00)** | | | | | | | (800)242-6422 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 16,640.10 | 16,640.10 |
| **ARROWHEAD General Insurance Agency, Inc. (ARR00)** | | | | | | | (619)744-5000 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 1,660.74 | 1,660.74 |
| **ASPIRE GENERAL INSURANCE (ASPIR)** | | | | | | | (855)231-1727 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 15,695.08 | 15,695.08 |
| **ASSIGNED CLAIMS FACILITY (ASS00)** | | | | | | | (734)464-8111 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 214,544.41 | 214,544.41 |
| **ASU GROUP (ASU01)** | | | | | | | (517)349-6700 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 14,638.28 | 14,638.28 |
| **AUTO-OWNERS INSURANCE (AUT00)** | | | | | | | (877)876-5621 |
| | Insurance Totals: | 0.00 | 229.14 | 0.00 | 0.00 | 72,501.48 | 72,730.62 |
| **BERKSHIRE HATHAWAY HOMESTATE (BER00** | | | | | | | (800)488-2930 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 43,165.83 | 43,165.83 |

Meds Direct #2

# Primary Insurance Aging Summary

As of March 31, 2022

Show all data where the Initial Billing Date 1 is on or before 3/31/2022

| Date of Service | Procedure | Current 0 - 30 | Past 31 - 60 | Past 61 - 90 | Past 91 - 120 | Past 121 ----> | Total Balance |
|---|---|---|---|---|---|---|---|
| **BLUE CROSS BLUE SHIELD OF MICHIGAN (BLU00)** | | | | | | | (800)673-2465 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 1,469.70 | 1,469.70 |
| **BLUE STAR INSURANCE (BLUE)** | | | | | | | (480)579-2448 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 1,062.89 | 1,062.89 |
| **BRISTOL WEST (BRI00)** | | | | | | | (877)823-6503 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 18,126.38 | 18,126.38 |
| **BROADSPIRE INSURANCE (BROAD)** | | | | | | | (847)719-5100 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 5,275.58 | 5,275.58 |
| **BROTHERHOOD MUTAL (BROTH)** | | | | | | | (800)333-3371 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 2,876.82 | 2,876.82 |
| **Cherokee Insurance (CHE00)** | | | | | | | |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 20,121.20 | 20,121.20 |
| **CINCINNATI INSURANCE (CIN00)** | | | | | | | (513)870-2000 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 22,605.54 | 22,605.54 |
| **CITY OF DETROIT (CIT00)** | | | | | | | (855)681-9675 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 1,069.15 | 1,069.15 |
| **CITIZENS INSURANCE (CIT01)** | | | | | | | (800)628-0250 |
| | Insurance Totals: | 2,193.53 | 3,313.49 | 540.00 | 769.14 | 307,146.07 | 313,962.23 |

Meds Direct #2

# Primary Insurance Aging Summary

As of March 31, 2022

Show all data where the Initial Billing Date 1 is on or before 3/31/2022

| Date of Service | Procedure | Current 0 - 30 | Past 31 - 60 | Past 61 - 90 | Past 91 - 120 | Past 121 ----> | Total Balance |
|---|---|---|---|---|---|---|---|
| **CNA (CNA)** | | | | | | | (833)631-4854 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 1,159.99 | 1,159.99 |
| **COMPONE/MANAGEABILITY (COA00)** | | | | | | | (248)344-2295 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 7,441.84 | 7,441.84 |
| **Comprehensive Rick Services (COMMA)** | | | | | | | (248)344-8550 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 37,462.81 | 37,462.81 |
| **CONCENTRA MEDICAL CENTERS (CONCE)** | | | | | | | (313)259-7990 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 2,768.32 | 2,768.32 |
| **CORE POINT (COREP)** | | | | | | | (800)782-9164 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 2,319.04 | 2,319.04 |
| **CURE AUTO (CURAU)** | | | | | | | (800)535-2873 |
| | Insurance Totals: | 4,501.63 | 0.00 | 2,010.04 | 0.00 | 0.00 | 6,511.67 |
| **ELCO ADMINISTRATIVE SERVICES (ELC00)** | | | | | | | (630)424-6400 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 134,643.71 | 134,643.71 |
| **ENCOMPASS INSURANCE (ENC00)** | | | | | | | (908)429-7367 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 18,256.84 | 18,256.84 |
| **Equity Insurance -Claims (EQU00)** | | | | | | | Claims (918)582-7700 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 10,789.56 | 10,789.56 |

Meds Direct #2

# Primary Insurance Aging Summary

As of March 31, 2022

Show all data where the Initial Billing Date 1 is on or before 3/31/2022

| Date of Service | Procedure | Current 0 - 30 | Past 31 - 60 | Past 61 - 90 | Past 91 - 120 | Past 121 ----> | Total Balance |
|---|---|---|---|---|---|---|---|
| **ERIE INSURANCE (ERIE)** | | | | | | | (800)367-3743 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 1,967.29 | 1,967.29 |
| **ESIS (ESI00)** | | | | | | | (302)476-6797 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 15,602.53 | 15,602.53 |
| **Mitchell International Esurance (ESU00)** | | | | | | | (800)840-7618 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 401,312.29 | 401,312.29 |
| **EVEREST NATIONAL INSURANCE COMPANY (EVE00)** | | | | | | | (866)287-1736 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 146,089.41 | 146,089.41 |
| **FALLS LAKE INSURANCE CO (FALLS)** | | | | | | | (866)459-1349 |
| | Insurance Totals: | 4,004.09 | 1,372.19 | 1,072.20 | 1,072.20 | 79,893.73 | 87,414.41 |
| **FARMERS INSURANCE (FAR00)** | | | | | | | (800)435-7764 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 767,479.26 | 767,479.26 |
| **FARM BUREAU (FAR01)** | | | | | | | (517)323-6680 |
| | Insurance Totals: | 1,747.20 | 0.00 | 5,406.30 | 0.00 | 93,946.82 | 101,100.32 |
| **GALLAGHER BASSETT SERVICES (GAL00)** | | | | | | | (517)351-3100 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 2,028.44 | 2,028.44 |
| **GEICO (GEI00)** | | | | | | | (800)861-8380 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 303,477.64 | 303,477.64 |

Meds Direct #2

# Primary Insurance Aging Summary

As of March 31, 2022

Show all data where the Initial Billing Date 1 is on or before 3/31/2022

| Date of Service | Procedure | Current 0 - 30 | Past 31 - 60 | Past 61 - 90 | Past 91 - 120 | Past 121 ----> | Total Balance |
|---|---|---|---|---|---|---|---|
| **GRANGE INSURANCE (GRA00)** | | | | | | | (800)303-9141 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 4,558.80 | 4,558.80 |
| **Granite State Insurance (GRA01)** | | | | | | | (212)770-7000 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 40,761.90 | 40,761.90 |
| **Great American Insurance Group (GRE02)** | | | | | | | (800)545-4269 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 11,239.80 | 11,239.80 |
| **HANOVER (HAN00)** | | | | | | | (877)479-3817 |
| | Insurance Totals: | 981.90 | 860.99 | 1,041.90 | 1,934.10 | 7,467.21 | 12,286.10 |
| **HAP Midwest Health Plan (Claims Dept) (HAP00)** | | | | | | | (888)654-2200 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 6,846.00 | 6,846.00 |
| **THE HARTFORD INSURANCE GROUP (HAR00)** | | | | | | | (800)280-0555 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 239,152.72 | 239,152.72 |
| **HORACE MANN (HOR00)** | | | | | | | |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 17,884.62 | 17,884.62 |
| **INTEGON NATIONAL COMP (INT00)** | | | | | | | (336)432-2000 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 62,386.31 | 62,386.31 |
| **James River Insurance Company (JAM00)** | | | | | | | (804)289-2700 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 9,461.10 | 9,461.10 |

Meds Direct #2

# Primary Insurance Aging Summary

As of March 31, 2022

Show all data where the Initial Billing Date 1 is on or before 3/31/2022

| Date of Service | Procedure | Current 0 - 30 | Past 31 - 60 | Past 61 - 90 | Past 91 - 120 | Past 121 ----> | Total Balance |
|---|---|---|---|---|---|---|---|
| **L.A. INSURANCE (LA000)** | | | | | | | (313)255-8299 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 10,369.56 | 10,369.56 |
| **Lancer Insurance Company (LAN00)** | | | | | | | |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 149,100.49 | 149,100.49 |
| **LIBERTY MUTUAL (LIB00)** | | | | | | | (800)838-7103 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 411,166.82 | 411,166.82 |
| **Loyalty insurance (LOYAL)** | | | | | | | (810)229-6158 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 3,794.74 | 3,794.74 |
| **MEDICARE - WPS GHA (MED00)** | | | | | | | |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 4,956.78 | 4,956.78 |
| **MEEMIC (MEE00)** | | | | | | | (248)344-2295 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 44,123.54 | 44,123.54 |
| **METLIFE AUTO INSURANCE (MET00)** | | | | | | | (888)854-6011 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 36,420.49 | 36,420.49 |
| **MICHIGAN MILLERS MUTUAL INSURANCE (MIC01)** | | | | | | | |
| | Insurance Totals: | 0.00 | 0.00 | 2,571.60 | 0.00 | 6,189.68 | 8,761.28 |
| **MICHIGAN ASSIGNED CLAIMS PLAN (MIC02)** | | | | | | | |
| | Insurance Totals: | 15,984.11 | 20,106.26 | 15,417.12 | 18,418.49 | 471,544.68 | 541,470.66 |

Meds Direct #2

# Primary Insurance Aging Summary

As of March 31, 2022

Show all data where the Initial Billing Date 1 is on or before 3/31/2022

| Date of Service | Procedure | Current 0 - 30 | Past 31 - 60 | Past 61 - 90 | Past 91 - 120 | Past 121 ----> | Total Balance |
|---|---|---|---|---|---|---|---|
| **MIDWEST INSURANCE (MIDWE)** | | | | | | | |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 3,275.69 | 3,275.69 |
| **NORTH AMERICAN RISK MGT (NARS)** | | | | | | | (800)315-6090 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 1,507.50 | 1,507.50 |
| **National General Insurance (Claims Dept) (NAT00)** | | | | | | | (800)325-1088 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 152,744.41 | 152,744.41 |
| **NATIONAL INDEMNITY INSURANCE COMPANY (NAT01)** | | | | | | | (402)916-3000 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 14,466.85 | 14,466.85 |
| **NATIONWIDE (NAT03)** | | | | | | | (800)951-1016 |
| | Insurance Totals: | 2,766.60 | 2,952.60 | 2,557.29 | 0.00 | 83,969.26 | 92,245.75 |
| **National Pharmaceutical (NATIO)** | | | | | | | (800)546-5677 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 17,240.43 | 17,240.43 |
| **NO INSURANCE (NO000)** | | | | | | | |
| | Insurance Totals: | 0.00 | 0.00 | 1,184.40 | 0.00 | 124,980.86 | 126,165.26 |
| **NORTHLAND AUTO INSURANCE (NORTL)** | | | | | | | (800)328-5972 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 3,723.80 | 3,723.80 |
| **PIONEER STATE MUTUAL (PIO00)** | | | | | | | (800)443-1320 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 35,705.86 | 35,705.86 |

Meds Direct #2

# Primary Insurance Aging Summary

As of March 31, 2022

Show all data where the Initial Billing Date 1 is on or before 3/31/2022

| Date of Service | Procedure | Current 0 - 30 | Past 31 - 60 | Past 61 - 90 | Past 91 - 120 | Past 121 ----> | Total Balance |
|---|---|---|---|---|---|---|---|
| **PMA COMPANIES (PMA)** | | | | | | | (800)222-2749 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 2,947.39 | 2,947.39 |
| **PROGRESSIVE INSURANCE (PRO00)** | | | | | | | (888)622-6658 |
| | Insurance Totals: | 12,221.47 | 14,332.83 | 18,150.37 | 7,834.06 | 164,645.05 | 217,183.78 |
| **SAFECO INSURANCE (SAF00)** | | | | | | | (800)225-2467 |
| | Insurance Totals: | 0.00 | 0.00 | 1,371.60 | 4,057.08 | 43,864.36 | 49,293.04 |
| **SECURA INSURANCE (SEC00)** | | | | | | | (800)558-3405 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 21,666.52 | 21,666.52 |
| **SEDGWICK (SED00)** | | | | | | | (877)957-6437 |
| | Insurance Totals: | 0.00 | 540.00 | 1,176.90 | 0.00 | 89,244.42 | 90,961.32 |
| **SENTRY INSURANCE (SEN00)** | | | | | | | (800)373-6879 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 2,730.64 | 2,730.64 |
| **STATE FARM (STA00** | | | | | | | (800)782-8332 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 1,291,137.82 | 1,291,137.82 |
| **STATE AUTO (STA01** | | | | | | | (800)766-1853 |
| | Insurance Totals: | 2,170.60 | 0.00 | 2,938.20 | 0.00 | 40,648.40 | 45,757.20 |
| **TITAN INSURANCE (TIT00)** | | | | | | | (800)926-3168 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 281,009.12 | 281,009.12 |

Meds Direct #2

# Primary Insurance Aging Summary

As of March 31, 2022

Show all data where the Initial Billing Date 1 is on or before 3/31/2022

| Date of Service | Procedure | Current 0 - 30 | Past 31 - 60 | Past 61 - 90 | Past 91 - 120 | Past 121 ----> | Total Balance |
|---|---|---|---|---|---|---|---|
| **TRAVELERS INSURANCE (TRA00)** | | | | | | | (800)238-6225 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 1,184.70 | 94,343.35 | 95,528.05 |
| **Travelers Lyft (TRALY)** | | | | | | | (800)252-4633 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 103,202.08 | 103,202.08 |
| **Trumbull (TRU00)** | | | | | | | (860)547-4497 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 9,949.80 | 9,949.80 |
| **United Healthcare (UNI00)** | | | | | | | (866)414-1959 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 8,649.64 | 8,649.64 |
| **USAA CASUALTY INSURANCE COMPANY (USA00)** | | | | | | | (210)531-8722 |
| | Insurance Totals: | 3,100.30 | 4,857.94 | 0.00 | 0.00 | 418,238.90 | 426,197.14 |
| **USA UNDERWRITERS (USA01)** | | | | | | | (248)541-2800 |
| | Insurance Totals: | 4,209.24 | 6,733.29 | 8,615.80 | 1,176.90 | 94,353.21 | 115,088.44 |
| **WESTFIELD INSURANCE (WES00)** | | | | | | | (800)243-0210 |
| | Insurance Totals: | 0.00 | 1,514.10 | 0.00 | 0.00 | 149,613.23 | 151,127.33 |
| **WEST BEND MUTUAL INSURANC (WEST)** | | | | | | | (800)236-5010 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 13,407.54 | 13,407.54 |
| **WORKERS COMPENSATION (WOR00)** | | | | | | | |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 54,952.41 | 54,952.41 |

Meds Direct #2

# Primary Insurance Aging Summary

As of March 31, 2022

Show all data where the Initial Billing Date 1 is on or before 3/31/2022

| Date of Service | Procedure | Current 0 - 30 | Past 31 - 60 | Past 61 - 90 | Past 91 - 120 | Past 121 ----> | Total Balance |
|---|---|---|---|---|---|---|---|
| **YORK RISK SERVICES (YOR00)** | | | | | | | (866)391-9675 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 89,283.04 | 89,283.04 |
| **YORK RISK SERVICES Lyft (YORL)** | | | | | | | (866)391-9675 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 5,452.30 | 5,452.30 |
| **ZURICH (ZUR00)** | | | | | | | (800)987-3373 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 23,845.82 | 23,845.82 |
| Report Aging Totals | | $63,250.84 | $61,122.63 | $67,052.22 | $37,878.57 | $9,417,448.89 | $9,646,753.15 |
| Percent of Aging Tota | | 0.7 % | 0.6 % | 0.7 % | 0.4 % | 97.6 % | 100.0 % |