# N

GL AMBULATORY SURGICAL CENTER

# Primary Insurance Aging Summary

As of March 31, 2022

Show all data where the Initial Billing Date 1 is on or before 3/31/2022

| Date of Service | Procedure | Current 0 - 30 | Past 31 - 60 | Past 61 - 90 | Past 91 - 120 | Past 121 ----> | Total Balance |
|---|---|---|---|---|---|---|---|
| **21ST CENTURY INSURANCE (21S00)** | | | | | | | (877)823-6503 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 735,485.00 | 735,485.00 |
| **AAA INSURANCE (AAA00)** | | | | | | | (800)497-4036 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 8,716,394.76 | 8,716,394.76 |
| **Acceptance Auto Insurance (ACC01)** | | | | | | | (419)475-7150 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 25,220.00 | 25,220.00 |
| **AETNA INSURANCE (AET00)** | | | | | | | (602)659-1100 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 56,700.00 | 56,700.00 |
| **AFC INSURANCE LIMITED (AFC00)** | | | | | | | |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 152,299.00 | 152,299.00 |
| **ALLSTATE (ALL00)** | | | | | | | (800)898-9623 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 1,589,649.24 | 1,589,649.24 |
| **ALLSTATE (ASSIGNED CLAIMS) (ALL01)** | | | | | | | (866)235-4274 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 224,700.00 | 224,700.00 |
| **ALLIED INS CO (ALL02)** | | | | | | | |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 107,585.00 | 107,585.00 |
| **AMERICAN CLAIMS MANAGEMENT (AME00)** | | | | | | | (866)901-4496 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 413,370.00 | 413,370.00 |

GL AMBULATORY SURGICAL CENTER

# Primary Insurance Aging Summary

As of March 31, 2022

Show all data where the Initial Billing Date 1 is on or before 3/31/2022

| Date of Service | Procedure | Current 0 - 30 | Past 31 - 60 | Past 61 - 90 | Past 91 - 120 | Past 121 ----> | Total Balance |
|---|---|---|---|---|---|---|---|
| **AMERICAN COUNTRY INSURANCE (AME03)** | | | | | | | (847)472-6700 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 2,027,275.60 | 2,027,275.60 |
| **AMERIPRISE (AME04)** | | | | | | | |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 14,955.00 | 14,955.00 |
| **AMERIPRISE (AME05)** | | | | | | | (888)239-9953 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 87,020.00 | 87,020.00 |
| **AMERICAN RELIABLE INS (AME06)** | | | | | | | (480)483-8666 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 50,281.00 | 50,281.00 |
| **AMERISURE (AME07)** | | | | | | | (800)257-1900 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 187,750.00 | 187,750.00 |
| **AMICA CLAIMS DEPT (AMI00)** | | | | | | | (800)242-6422 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 146,530.00 | 146,530.00 |
| **AmTrust (AMT00)** | | | | | | | (212)220-7120 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 358,321.70 | 358,321.70 |
| **ARROWHEAD GENERAL INSURANCE (ARR00)** | | | | | | | |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 118,280.00 | 118,280.00 |
| **ASSIGNED CLAIMS FACILITY (ASS00)** | | | | | | | |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 3,302,497.57 | 3,302,497.57 |

GL AMBULATORY SURGICAL CENTER

# Primary Insurance Aging Summary

As of March 31, 2022

Show all data where the Initial Billing Date 1 is on or before 3/31/2022

| Date of Service | Procedure | Current 0 - 30 | Past 31 - 60 | Past 61 - 90 | Past 91 - 120 | Past 121 ----> | Total Balance |
|---|---|---|---|---|---|---|---|
| **Assurant SPECIALITY PROPERTY CLAIMS (ASS01)** | | | | | | | (800)553-7654 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 25,220.00 | 25,220.00 |
| **MICHIGAN ASSIGNED CLAIMS PLAN (ASS02)** | | | | | | | |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 794,663.31 | 794,663.31 |
| **THE ASU GROUP (ASU00)** | | | | | | | (517)349-6700 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 981,877.24 | 981,877.24 |
| **ASU GROUP (ASU01)** | | | | | | | (517)349-6700 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 123,946.00 | 123,946.00 |
| **ASU Group Risk Mgmt (ASU02)** | | | | | | | (800)968-3767 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 221,546.00 | 221,546.00 |
| **AUTO OWNERS INSURANCE (AUT00)** | | | | | | | 517) 323-1200 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 2,228,077.67 | 2,228,077.67 |
| **AVIS BUDGET GROUP (AVI00)** | | | | | | | (866)446-8376 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 105,085.00 | 105,085.00 |
| **BANK OF AMERICA (BAN00)** | | | | | | | |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 67,585.00 | 67,585.00 |
| **BCN Service Company (BCN00)** | | | | | | | (800)662-6667 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 28,840.00 | 28,840.00 |

GL AMBULATORY SURGICAL CENTER

# Primary Insurance Aging Summary

As of March 31, 2022

Show all data where the Initial Billing Date 1 is on or before 3/31/2022

| Date of Service | Procedure | Current 0 - 30 | Past 31 - 60 | Past 61 - 90 | Past 91 - 120 | Past 121 ----> | Total Balance |
|---|---|---|---|---|---|---|---|
| **BERKSHIRE HATHAWAY HOMESTATE (BER00** | | | | | | | (800)488-2930 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 935,176.24 | 935,176.24 |
| **BLUE CROSS BLUE SHIELD OF MICHIGAN (BLU00)** | | | | | | | |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 193,510.00 | 193,510.00 |
| **BlueCross BlueShield of Texas (BLU01)** | | | | | | | |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 391,046.64 | 391,046.64 |
| **BRISTOL WEST (BRI00)** | | | | | | | (800)274-7865 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 351,240.00 | 351,240.00 |
| **BRISTOL WEST FORMOST (BRI01)** | | | | | | | |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 216,370.00 | 216,370.00 |
| **BUNCH CARESOLUTIONS LLC (BUN00)** | | | | | | | (888)853-4735 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 193,565.00 | 193,565.00 |
| **CHEROKEE INS CO (CHE00)** | | | | | | | (800)201-0450 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 34,410.00 | 34,410.00 |
| **Cherokee Insurance Co (CHE01)** | | | | | | | (800)201-0450 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 28,410.00 | 28,410.00 |
| **CINCINNATI INSURANCE (CIN00)** | | | | | | | (888)242-8811 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 245,405.00 | 245,405.00 |

GL AMBULATORY SURGICAL CENTER

# Primary Insurance Aging Summary

As of March 31, 2022

Show all data where the Initial Billing Date 1 is on or before 3/31/2022

| Date of Service | Procedure | Current 0 - 30 | Past 31 - 60 | Past 61 - 90 | Past 91 - 120 | Past 121 ----> | Total Balance |
|---|---|---|---|---|---|---|---|
| **CITY OF DETROIT (CIT00)** | | | | | | | (855)681-9675 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 1,562,640.47 | 1,562,640.47 |
| **CITIZENS INSURANCE (CIT01)** | | | | | | | (800)298-6993 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 4,524,048.91 | 4,524,048.91 |
| **CONTINENTAL CASUALTY (CON00)** | | | | | | | |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 14,955.00 | 14,955.00 |
| **AMERICAN COUNTRY (COU00)** | | | | | | | (847)472-6700 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 602,145.00 | 602,145.00 |
| **Aetna Better Health (COV00)** | | | | | | | (602)659-1100 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 30,310.00 | 30,310.00 |
| **DMC care basic claims (DMC00)** | | | | | | | |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 78,262.00 | 78,262.00 |
| **EASY RIDE (EAS00)** | | | | | | | |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 44,875.00 | 44,875.00 |
| **Eastern Insurance Group (EAS01)** | | | | | | | (508)651-7700 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 63,420.00 | 63,420.00 |
| **ELCO ADMINISTRATIVE SERVICES (ELC00)** | | | | | | | (630)424-6400 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 1,818,602.19 | 1,818,602.19 |

GL AMBULATORY SURGICAL CENTER

# Primary Insurance Aging Summary

As of March 31, 2022

Show all data where the Initial Billing Date 1 is on or before 3/31/2022

| Date of Service | Procedure | Current 0 - 30 | Past 31 - 60 | Past 61 - 90 | Past 91 - 120 | Past 121 ----> | Total Balance |
|---|---|---|---|---|---|---|---|
| **Empire Fire & Marine (EMP00)** | | | | | | | (888)595-1505 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 252,668.00 | 252,668.00 |
| **ENCOMPASS INSURANCE (ENC00)** | | | | | | | (877)256-2435 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 334,488.28 | 334,488.28 |
| **Enterprise Group (ENT00)** | | | | | | | (440)349-2210 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 13,100.00 | 13,100.00 |
| **Esurance (ESU00)** | | | | | | | (800)631-0089 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 2,712,497.20 | 2,712,497.20 |
| **EVEREST NATIONAL INS CO (EVE00)** | | | | | | | (866)287-1736 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 4,159,234.99 | 4,159,234.99 |
| **FARMERS INSURANCE (FAR00)** | | | | | | | (800)435-7764 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 8,859,926.30 | 8,859,926.30 |
| **FARM BUREAU (FAR01)** | | | | | | | (517)323-6680 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 9,398,652.79 | 9,398,652.79 |
| **FARMERS INSURANCE (FAR02)** | | | | | | | (800)435-7764 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 13,100.00 | 13,100.00 |
| **MITCHELL WCS FRANKENMUTH (FRA00)** | | | | | | | (800)234-4433 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 554,330.00 | 554,330.00 |

GL AMBULATORY SURGICAL CENTER

# Primary Insurance Aging Summary

As of March 31, 2022

Show all data where the Initial Billing Date 1 is on or before 3/31/2022

| Date of Service | Procedure | Current 0 - 30 | Past 31 - 60 | Past 61 - 90 | Past 91 - 120 | Past 121 ----> | Total Balance |
|---|---|---|---|---|---|---|---|
| **Fremont (FRE00)** | | | | | | | (231)924-0300 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 14,205.00 | 14,205.00 |
| **GEICO (GEI00)** | | | | | | | (800)861-8380 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 5,453,335.41 | 5,453,335.41 |
| **Genesis Insurance (GEN00)** | | | | | | | |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 40,405.00 | 40,405.00 |
| **The General (GEN01)** | | | | | | | (844)328-0306 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 26,200.00 | 26,200.00 |
| **GL CASUALTY INSURANCE (GL000)** | | | | | | | (877)927-5672 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 149,301.00 | 149,301.00 |
| **GRANGE INSURANCE (GRA00)** | | | | | | | (800)303-9141 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 701,468.50 | 701,468.50 |
| **Granite State (GRA01)** | | | | | | | (212)770-7000 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 63,420.00 | 63,420.00 |
| **Great Lakes Agency (GRE00)** | | | | | | | (877)425-2467 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 37,385.00 | 37,385.00 |
| **Great American Insurance Group (GRE01)** | | | | | | | (800)545-4269 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 43,810.00 | 43,810.00 |

GL AMBULATORY SURGICAL CENTER

# Primary Insurance Aging Summary

As of March 31, 2022

Show all data where the Initial Billing Date 1 is on or before 3/31/2022

| Date of Service | Procedure | Current 0 - 30 | Past 31 - 60 | Past 61 - 90 | Past 91 - 120 | Past 121 ----> | Total Balance |
|---|---|---|---|---|---|---|---|
| **Great West Casualty (GRE02)** | | | | | | | (402)494-2411 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 255,868.95 | 255,868.95 |
| **Haggerty Insurance (HAG00)** | | | | | | | (888)220-9565 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 79,275.00 | 79,275.00 |
| **HANOVER (HAN00)** | | | | | | | (800)628-0250 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 270,630.00 | 270,630.00 |
| **THE HARTFORD INSURANCE GROUP (HAR00)** | | | | | | | (800)280-0555 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 1,789,320.00 | 1,789,320.00 |
| **HASTINGS MUTUAL INSURANCE (HAS00)** | | | | | | | (800)442-8277 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 15,855.00 | 15,855.00 |
| **HERTZ CLAIM MANAGEMENT (HER00)** | | | | | | | (800)762-0341 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 308,619.12 | 308,619.12 |
| **Home Owners Insurance (HOM00)** | | | | | | | (866)407-9896 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 28,410.00 | 28,410.00 |
| **HORACE MANN (HOR00)** | | | | | | | (800)999-1030 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 296,540.00 | 296,540.00 |
| **INTEGON NATIONAL COMP (INT00)** | | | | | | | (336)432-2000 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 135,795.00 | 135,795.00 |

GL AMBULATORY SURGICAL CENTER

# Primary Insurance Aging Summary

As of March 31, 2022

Show all data where the Initial Billing Date 1 is on or before 3/31/2022

| Date of Service | Procedure | Current 0 - 30 | Past 31 - 60 | Past 61 - 90 | Past 91 - 120 | Past 121 ----> | Total Balance |
|---|---|---|---|---|---|---|---|
| **James River Insurance Company (JAM00)** | | | | | | | (804)289-2700 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 117,995.00 | 117,995.00 |
| **KENTUCKY FARM BUREAU (KEN00)** | | | | | | | |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 19,155.00 | 19,155.00 |
| **KNIGHT MANAGEMENT INSURANCE SERVICES (KNI00)** | | | | | | | (323)692-8895 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 627,415.00 | 627,415.00 |
| **L.A. INSURANCE (LA000)** | | | | | | | (313)255-8299 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 63,420.00 | 63,420.00 |
| **Lancer Insurance (LAN00)** | | | | | | | (440)473-1634 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 725,326.63 | 725,326.63 |
| **LIBERTY MUTUAL (LIB00)** | | | | | | | (800)838-7103 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 6,342,633.90 | 6,342,633.90 |
| **Liberty Mutual WC (LIB01)** | | | | | | | (859)550-2180 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 2,300.00 | 2,300.00 |
| **LM GENERAL INSURANCE COMPANY (LM000)** | | | | | | | (617)357-9500 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 28,410.00 | 28,410.00 |
| **MACKINAW ADMINISTRATORS (MAC00)** | | | | | | | JENNIFER HORSMAN (810)844-8132 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 182,903.00 | 182,903.00 |

GL AMBULATORY SURGICAL CENTER

# Primary Insurance Aging Summary

As of March 31, 2022

Show all data where the Initial Billing Date 1 is on or before 3/31/2022

| Date of Service | Procedure | Current 0 - 30 | Past 31 - 60 | Past 61 - 90 | Past 91 - 120 | Past 121 ----> | Total Balance |
|---|---|---|---|---|---|---|---|
| **Main Street America Group (MAI00)** | | | | | | | (877)425-2467 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 895,711.17 | 895,711.17 |
| **MARKEL AMERICAN INS CO (MAR00)** | | | | | | | (804)527-2700 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 227,795.50 | 227,795.50 |
| **MEDICARE part A&B (MED00)** | | | | | | | (372)-623-915 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 44,865.00 | 44,865.00 |
| **MEEMIC (MEE00)** | | | | | | | (800)231-5770 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 2,677,529.62 | 2,677,529.62 |
| **MERCURY NATIONAL INSURANCE (MER00)** | | | | | | | (800)503-3724 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 995,730.00 | 995,730.00 |
| **METLIFE AUTO INSURANCE (MET00)** | | | | | | | (800)854-6011 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 631,922.66 | 631,922.66 |
| **MI PROPERTY & CASUALTY (MI000)** | | | | | | | (248)482-0381 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 152,676.00 | 152,676.00 |
| **MICHIGAN INSURANCE COMPANY (MIC00)** | | | | | | | (888)606-6426 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 71,020.00 | 71,020.00 |
| **MICHIGAN MILLES MUTUAL INS (MIC01)** | | | | | | | |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 30,310.00 | 30,310.00 |

GL AMBULATORY SURGICAL CENTER

# Primary Insurance Aging Summary

As of March 31, 2022

Show all data where the Initial Billing Date 1 is on or before 3/31/2022

| Date of Service | Procedure | Current 0 - 30 | Past 31 - 60 | Past 61 - 90 | Past 91 - 120 | Past 121 ----> | Total Balance |
|---|---|---|---|---|---|---|---|
| **Molina Insurance (MOL00)** | | | | | | | (888)898-7969 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 623,023.60 | 623,023.60 |
| **NATIONAL GENERAL INSURANCE (NAT00)** | | | | | | | (800)325-1088 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 1,608,486.14 | 1,608,486.14 |
| **NATIONAL INDEMNITY INSURANCE CO (NAT01)** | | | | | | | (800)356-5750 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 227,445.00 | 227,445.00 |
| **NATIONWIDE (NAT03)** | | | | | | | (800)951-1016 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 400,325.10 | 400,325.10 |
| **NATIONAL SPECIALTY INSURANCE (NAT04)** | | | | | | | (888)333-8198 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 165,070.00 | 165,070.00 |
| **NO INSURANCE (NO000)** | | | | | | | |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 5,331,095.86 | 5,331,095.86 |
| **One Beacon (ONE00)** | | | | | | | (866)630-6642 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 10,855.00 | 10,855.00 |
| **PHILADELPHIA INS CO (PHI00)** | | | | | | | (800)765-9749 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 2,839,503.56 | 2,839,503.56 |
| **PIONEER STATE MUTUAL (PIO00)** | | | | | | | (810)733-2300 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 384,365.50 | 384,365.50 |

GL AMBULATORY SURGICAL CENTER

# Primary Insurance Aging Summary

As of March 31, 2022

Show all data where the Initial Billing Date 1 is on or before 3/31/2022

| Date of Service | Procedure | Current 0 - 30 | Past 31 - 60 | Past 61 - 90 | Past 91 - 120 | Past 121 ----> | Total Balance |
|---|---|---|---|---|---|---|---|
| **Progressive Insurance (POG00)** | | | | | | | (888)622-6658 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 2,743,448.10 | 2,743,448.10 |
| **PROGRESSIVE (PRO00)** | | | | | | | (888)622-6658 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 8,070,351.66 | 8,070,351.66 |
| **PRO-CENTURY INSURANCE CO (PRO01)** | | | | | | | |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 275,691.50 | 275,691.50 |
| **SAFECO INSURANCE (SAF00)** | | | | | | | (800)999-6642 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 1,698,946.21 | 1,698,946.21 |
| **SECURA AUTO INS (SEC00)** | | | | | | Email-Claims@Secura. | (920)830-4602 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 87,810.00 | 87,810.00 |
| **SEDGWICK (SED00)** | | | | | | | |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 966,900.34 | 966,900.34 |
| **Selective Insurance Co. (SEL00)** | | | | | | | |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 1,412,737.24 | 1,412,737.24 |
| **SENTRY INS. (SEN00)** | | | | | | | (800)373-6879 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 337,460.00 | 337,460.00 |
| **ASU Group/ Smart Bus (SMA00)** | | | | | | | (800)968-3767 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 346,103.60 | 346,103.60 |

GL AMBULATORY SURGICAL CENTER

# Primary Insurance Aging Summary

As of March 31, 2022

Show all data where the Initial Billing Date 1 is on or before 3/31/2022

| Date of Service | Procedure | Current 0 - 30 | Past 31 - 60 | Past 61 - 90 | Past 91 - 120 | Past 121 ----> | Total Balance |
|---|---|---|---|---|---|---|---|
| **STATE FARM (STA00** | | | | | | | (800)782-8332 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 3,108,090.63 | 3,108,090.63 |
| **TITAN INSURANCE (TIT00)** | | | | | | | (800)926-3168 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 5,507,240.20 | 5,507,240.20 |
| **TRAVELERS INSURANCE (TRA00)** | | | | | | | (800)321-6833 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 311,383.10 | 311,383.10 |
| **Trumbul (TRU00)** | | | | | | | (860)547-4497 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 44,265.00 | 44,265.00 |
| **ULLICO CASUALTY INSURANCE (ULL01)** | | | | | | | (888)315-3352 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 220,955.00 | 220,955.00 |
| **USAA CASUALTY INSURANCE COMPANY (USA00)** | | | | | | | (800)531-8722 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 2,197,217.27 | 2,197,217.27 |
| **USA UNDERWRITERS (USA01)** | | | | | | | (248)541-2800 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 60,840.00 | 60,840.00 |
| **WESTFIELD INSURANCE (WES00)** | | | | | | | (330)887-0101 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 279,717.00 | 279,717.00 |
| **WORKERS COMPENSATION (WOR00)** | | | | | | | |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 370,870.00 | 370,870.00 |

GL AMBULATORY SURGICAL CENTER

# Primary Insurance Aging Summary

As of March 31, 2022

Show all data where the Initial Billing Date 1 is on or before 3/31/2022

| Date of Service | Procedure | Current 0 - 30 | Past 31 - 60 | Past 61 - 90 | Past 91 - 120 | Past 121 ----> | Total Balance |
|---|---|---|---|---|---|---|---|
| **York Risk Services Group (DDOT) (YOR00)** | | | | | | | (855)681-9675 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 3,760,128.94 | 3,760,128.94 |
| **ZURICH (ZUR00)** | | | | | | | (800)987-3373 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 25,220.00 | 25,220.00 |
| Report Aging Totals | | $0.00 | $0.00 | $0.00 | $0.00 | $127,480,050.11 | $127,480,050.11 |
| Percent of Aging Tota | | 0.0 % | 0.0 % | 0.0 % | 0.0 % | 100.0 % | 100.0 % |

# O

US HEALTH PHARMACEUTICALS

# Primary Insurance Aging Summary

As of March 31, 2022

Show all data where the Initial Billing Date 1 is on or before 3/31/2022

| Date of Service | Procedure | Current 0 - 30 | Past 31 - 60 | Past 61 - 90 | Past 91 - 120 | Past 121 ----> | Total Balance |
|---|---|---|---|---|---|---|---|
| **21ST CENTURY INSURANCE (21S00)** | | | | | | | (877)823-6503 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 72,706.76 | 72,706.76 |
| **AAA INSURANCE (AAA00)** | | | | | | | (800)497-4036 |
| | Insurance Totals: | 0.00 | 1,485.00 | 1,698.00 | 524.40 | 3,221,078.87 | 3,224,786.27 |
| **ACCIDENT FUND INSURANCE COMPANY (ACC00)** | | | | | | | (866)206-5851 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 130,045.76 | 130,045.76 |
| **ACCC INSURANCE COMPANY (ACC01)** | | | | | | | (281)919-0150 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 4,111.86 | 4,111.86 |
| **Acceptance Auto Insurance (ACC02)** | | | | | | | (419)475-7150 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 11,250.90 | 11,250.90 |
| **ACE AMERICAN INSURANCE (ACE00)** | | | | | | | (800)433-0385 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 1,407.84 | 1,407.84 |
| **Aetna Better Health of Michigan (AET00)** | | | | | | | (866)316-3784 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 43,184.93 | 43,184.93 |
| **AFC INSURANCE LIMITED (AFC00)** | | | | | | | |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 15,464.44 | 15,464.44 |
| **AIG INSURANCE (AIG)** | | | | | | | (517)336-2175 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 4,794.48 | 4,794.48 |

US HEALTH PHARMACEUTICALS

# Primary Insurance Aging Summary

As of March 31, 2022

Show all data where the Initial Billing Date 1 is on or before 3/31/2022

| Date of Service | Procedure | Current 0 - 30 | Past 31 - 60 | Past 61 - 90 | Past 91 - 120 | Past 121 ----> | Total Balance |
|---|---|---|---|---|---|---|---|
| **ALLSTATE (ALL00)** | | | | | | | (800)898-9623 |
| | Insurance Totals: | 8,788.79 | 5,839.25 | 3,888.90 | 3,686.40 | 2,925,008.77 | 2,947,212.11 |
| **ALLSTATE (ASSIGNED CLAIMS) (ALL01)** | | | | | | | (866)235-4274 |
| | Insurance Totals: | 0.00 | 0.00 | 1,963.50 | 0.00 | 85,464.90 | 87,428.40 |
| **ALLIED INSURANCE COMPANY (ALL02)** | | | | | | | |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 105,990.35 | 105,990.35 |
| **ALLIANCE UNITED INSURANCE (ALLIA)** | | | | | | | (800)508-5833 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 3,473.12 | 3,473.12 |
| **AMERICAN CLAIMS MANAGEMENT (AME00)** | | | | | | | (866)901-4496 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 329,709.15 | 329,709.15 |
| **AMERICAN FAMILY INSURANCE (AME01)** | | | | | | | (800)692-6326 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 7,618.50 | 7,618.50 |
| **AMERICAN FELLOWSHIP (AME02)** | | | | | | | (800)648-6329 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 4,348.56 | 4,348.56 |
| **AMERICAN COUNTRY INSURANCE (AME03)** | | | | | | | (847)472-6700 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 491,187.53 | 491,187.53 |
| **AMERIPRISE (AME04)** | | | | | | | |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 41,631.71 | 41,631.71 |

US HEALTH PHARMACEUTICALS

# Primary Insurance Aging Summary

As of March 31, 2022

Show all data where the Initial Billing Date 1 is on or before 3/31/2022

| Date of Service | Procedure | Current 0 - 30 | Past 31 - 60 | Past 61 - 90 | Past 91 - 120 | Past 121 ----> | Total Balance |
|---|---|---|---|---|---|---|---|
| **AMERIPRISE (AME05)** | | | | | | | (888)239-9953 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 40,309.02 | 40,309.02 |
| **AMERICAN COMPENSATION (AME07)** | | | | | | | |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 10,726.50 | 10,726.50 |
| **Amerisure (AME08)** | | | | | | | (800)257-1900 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 84,086.02 | 84,086.02 |
| **American modern Insurance (AMERI)** | | | | | | | (800)375-2075 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 489.79 | 489.79 |
| **American Select Insurance (AMERS)** | | | | | | | (330)887-0101 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 2,405.70 | 2,405.70 |
| **AMICA MUTUAL INSURANCE (AMI00)** | | | | | | | (800)242-6422 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 18,901.96 | 18,901.96 |
| **Amtrust North America (AMT00)** | | | | | | | |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 15,750.81 | 15,750.81 |
| **ARROWHEAD General Insurance Agency, Inc. (ARR00)** | | | | | | | (619)744-5000 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 71,736.03 | 71,736.03 |
| **ASPIRE GENERAL INSURANCE (ASPIR)** | | | | | | | (855)231-1727 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 37,874.62 | 37,874.62 |

US HEALTH PHARMACEUTICALS

# Primary Insurance Aging Summary

As of March 31, 2022

Show all data where the Initial Billing Date 1 is on or before 3/31/2022

| Date of Service | Procedure | Current 0 - 30 | Past 31 - 60 | Past 61 - 90 | Past 91 - 120 | Past 121 ----> | Total Balance |
|---|---|---|---|---|---|---|---|
| **ASSIGNED CLAIMS FACILITY (ASS00)** | | | | | | | (734)464-8111 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 1,053,563.07 | 1,053,563.07 |
| **Assurant Specialty Property (ASS02)** | | | | | | | (937) 327-770 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 97,258.70 | 97,258.70 |
| **THE ASU GROUP (ASU00)** | | | | | | | (517)349-6700 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 136,286.62 | 136,286.62 |
| **ASU GROUP (ASU01)** | | | | | | | (517)349-6700 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 45,322.88 | 45,322.88 |
| **AUTO-OWNERS INSURANCE (AUT00)** | | | | | | | (517)323-1200 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 1,056,828.54 | 1,056,828.54 |
| **AVIS BUDGET GROUP (AVI00)** | | | | | | | (866)446-8376 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 7,583.10 | 7,583.10 |
| **BCN Service Company (BCN00)** | | | | | | | (800)662-6667 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 83,315.96 | 83,315.96 |
| **BERKSHIRE HATHAWAY HOMESTATE (BER00** | | | | | | | (800)488-2930 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 69,306.21 | 69,306.21 |
| **BLUE CROSS BLUE SHIELD OF MICHIGAN (BLU00)** | | | | | | | (800)673-2465 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 61,698.90 | 61,698.90 |

US HEALTH PHARMACEUTICALS

# Primary Insurance Aging Summary

As of March 31, 2022

Show all data where the Initial Billing Date 1 is on or before 3/31/2022

| Date of Service | Procedure | Current 0 - 30 | Past 31 - 60 | Past 61 - 90 | Past 91 - 120 | Past 121 ----> | Total Balance |
|---|---|---|---|---|---|---|---|
| **Blue Cross Complete (BLU01)** | | | | | | | (800)228-8554 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 19,726.52 | 19,726.52 |
| **BLUE STAR INSURANCE (BLUE)** | | | | | | | (480)579-2448 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 1,062.89 | 1,062.89 |
| **BRISTOL WEST (BRI00)** | | | | | | | (877)823-6503 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 291,934.48 | 291,934.48 |
| **BROADSPIRE INSURANCE (BROAD)** | | | | | | | (847)719-5100 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 10,634.94 | 10,634.94 |
| **BROTHERHOOD MUTAL (BROTH)** | | | | | | | (800)333-3371 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 2,876.82 | 2,876.82 |
| **BUNCH CARESOLUTIONS LLC (BUN00)** | | | | | | | (888)853-4735 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 9,309.90 | 9,309.90 |
| **BUNCHCARE SOLUTIONS (BUN02)** | | | | | | | (888)853-4735 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 6,914.56 | 6,914.56 |
| **CARE SOLUTIONS (CAR00)** | | | | | | | (888)853-4735 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 13,922.05 | 13,922.05 |
| **CENTURY INSURANCE (CEN00)** | | | | | | | 800-999-4642 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 46,853.52 | 46,853.52 |

US HEALTH PHARMACEUTICALS

# Primary Insurance Aging Summary

As of March 31, 2022

Show all data where the Initial Billing Date 1 is on or before 3/31/2022

| Date of Service | Procedure | Current 0 - 30 | Past 31 - 60 | Past 61 - 90 | Past 91 - 120 | Past 121 ----> | Total Balance |
|---|---|---|---|---|---|---|---|
| **Cherokee Insurance (CHE00)** | | | | | | | |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 20,121.20 | 20,121.20 |
| **Chubb Insurance (CHUBB)** | | | | | | | (800)699-9916 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 2,823.49 | 2,823.49 |
| **CINCINNATI INSURANCE (CIN00)** | | | | | | | (513)870-2000 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 87,408.32 | 87,408.32 |
| **CITY OF DETROIT (CIT00)** | | | | | | | (855)681-9675 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 146,160.03 | 146,160.03 |
| **CITIZENS INSURANCE (CIT01)** | | | | | | | (800)628-0250 |
| | Insurance Totals: | 0.00 | 2,745.66 | 877.80 | 0.00 | 1,802,043.64 | 1,805,667.10 |
| **COMPONE/MANAGEABILITY (COA00)** | | | | | | | (248)344-2295 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 7,441.84 | 7,441.84 |
| **COMPONE/MANAGEABILITY (COMMA)** | | | | | | | (248)344-2295 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 55,321.23 | 55,321.23 |
| **CONCENTRA MEDICAL CENTERS (CONCE)** | | | | | | | (313)259-7990 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 9,277.72 | 9,277.72 |
| **Corvel (COR00)** | | | | | | | (248)412-6000 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 3,190.60 | 3,190.60 |

US HEALTH PHARMACEUTICALS

# Primary Insurance Aging Summary

As of March 31, 2022

Show all data where the Initial Billing Date 1 is on or before 3/31/2022

| Date of Service | Procedure | Current 0 - 30 | Past 31 - 60 | Past 61 - 90 | Past 91 - 120 | Past 121 ----> | Total Balance |
|---|---|---|---|---|---|---|---|
| **CORE POINT (COREP)** | | | | | | | (800)782-9164 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 2,319.04 | 2,319.04 |
| **AETNA (COVENTRY CARES) (COV00)** | | | | | | | (266)314-3784 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 23,112.87 | 23,112.87 |
| **Dairyland Auto (DAIRY)** | | | | | | | (800)334-0090 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 2,100.59 | 2,100.59 |
| **Eastern Insurance Group (EAS01)** | | | | | | | (508)651-7700 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 32,625.90 | 32,625.90 |
| **ELCO ADMINISTRATIVE SERVICES (ELC00)** | | | | | | | (630)424-6400 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 712,307.48 | 712,307.48 |
| **EMPIRE FIRE & MARINE (EMP00)** | | | | | | | |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 96,195.54 | 96,195.54 |
| **ENCOMPASS INSURANCE (ENC00)** | | | | | | | (908)429-7367 |
| | Insurance Totals: | 0.00 | 0.00 | 202.50 | 0.00 | 57,503.40 | 57,705.90 |
| **ENTERPRISE GROUP (ENT00)** | | | | | | | |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 27,889.15 | 27,889.15 |
| **Equity Insurance -Claims (EQU00)** | | | | | | | Claims (918)582-7700 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 10,789.56 | 10,789.56 |

US HEALTH PHARMACEUTICALS

# Primary Insurance Aging Summary

As of March 31, 2022

Show all data where the Initial Billing Date 1 is on or before 3/31/2022

| Date of Service | Procedure | Current 0 - 30 | Past 31 - 60 | Past 61 - 90 | Past 91 - 120 | Past 121 ----> | Total Balance |
|---|---|---|---|---|---|---|---|
| **ERIE INSURANCE (ERIE)** | | | | | | | (800)367-3743 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 9,575.01 | 9,575.01 |
| **ESIS (ESI00)** | | | | | | | (302)476-6797 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 54,861.20 | 54,861.20 |
| **Mitchell International Esurance (ESU00)** | | | | | | | (800)840-7618 |
| | Insurance Totals: | 2,871.60 | 0.00 | 1,985.70 | 0.00 | 1,083,555.22 | 1,088,412.52 |
| **EVEREST NATIONAL INSURANCE COMPANY (EVE00)** | | | | | | | (866)287-1736 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 1,213,659.82 | 1,213,659.82 |
| **FALLS LAKE INSURANCE CO (FALLS)** | | | | | | | (866)459-1349 |
| | Insurance Totals: | 0.00 | 3,011.56 | 2,776.80 | 0.00 | 121,843.32 | 127,631.68 |
| **FARMERS INSURANCE (FAR00)** | | | | | | | (800)435-7764 |
| | Insurance Totals: | 0.00 | 4,042.26 | 3,208.20 | 0.00 | 3,277,465.26 | 3,284,715.72 |
| **FARM BUREAU (FAR01)** | | | | | | | (517)323-6680 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 2,607,824.95 | 2,607,824.95 |
| **Fertmont (FER00)** | | | | | | | (888)968-3664 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 7,263.94 | 7,263.94 |
| **First Nonprofit (FIRNP)** | | | | | | | (312)728-9963 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 6,958.57 | 6,958.57 |

US HEALTH PHARMACEUTICALS

# Primary Insurance Aging Summary

As of March 31, 2022

Show all data where the Initial Billing Date 1 is on or before 3/31/2022

| Date of Service | Procedure | Current 0 - 30 | Past 31 - 60 | Past 61 - 90 | Past 91 - 120 | Past 121 ----> | Total Balance |
|---|---|---|---|---|---|---|---|
| **FOREMOST (FOR00)** | | | | | | | (800)274-7865 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 4,613.99 | 4,613.99 |
| **MITCHELL WCS FRANKENMUTH (FRA00)** | | | | | | | (800)234-4433 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 102,675.21 | 102,675.21 |
| **Frankenmuth Insurance (FRA01)** | | | | | | | (989)652-6121 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 12,354.30 | 12,354.30 |
| **Fremont Insurance Company (FRE00)** | | | | | | | (888)968-3664 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 62,922.68 | 62,922.68 |
| **GALLAGHER BASSETT SERVICES (GAL00)** | | | | | | | (517)351-3100 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 35,851.48 | 35,851.48 |
| **GEICO (GEI00)** | | | | | | | (800)861-8380 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 1,893,939.90 | 1,893,939.90 |
| **Genesis Insurance (GEN00)** | | | | | | | |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 21,015.00 | 21,015.00 |
| **The General (GEN01)** | | | | | | | (844)328-0306 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 24,610.20 | 24,610.20 |
| **GL CASUALTY INSURANCE (GL000)** | | | | | | | (877)927-5672 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 9,263.95 | 9,263.95 |

US HEALTH PHARMACEUTICALS

# Primary Insurance Aging Summary

As of March 31, 2022

Show all data where the Initial Billing Date 1 is on or before 3/31/2022

| Date of Service | Procedure | Current 0 - 30 | Past 31 - 60 | Past 61 - 90 | Past 91 - 120 | Past 121 ----> | Total Balance |
|---|---|---|---|---|---|---|---|
| **GO AUTO INSURANCE (GO AU)** | | | | | | | (225)926-7000 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 1,576.03 | 1,576.03 |
| **GRANGE INSURANCE (GRA00)** | | | | | | | (800)303-9141 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 137,126.82 | 137,126.82 |
| **Granite State Insurance (GRA01)** | | | | | | | (212)770-7000 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 50,460.36 | 50,460.36 |
| **GREAT LAKES AGENCY (GRE00)** | | | | | | | (800)356-8029 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 27,036.24 | 27,036.24 |
| **GREAT LAKES INSURANCE AGENCY (GRE01)** | | | | | | | (877)425-2467 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 38,054.92 | 38,054.92 |
| **Great American Insurance (GRE02)** | | | | | | | (513)369-5000 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 16,147.00 | 16,147.00 |
| **Haggerty Insurance (HAG00)** | | | | | | | (888)220-9565 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 2,783.34 | 2,783.34 |
| **HANOVER (HAN00)** | | | | | | | (877)479-3817 |
| | Insurance Totals: | 0.00 | 0.00 | 1,401.90 | 0.00 | 78,832.79 | 80,234.69 |
| **HAP Midwest Health Plan (Claims Dept) (HAP00)** | | | | | | | (888)654-2200 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 6,846.00 | 6,846.00 |

US HEALTH PHARMACEUTICALS

# Primary Insurance Aging Summary

As of March 31, 2022

Show all data where the Initial Billing Date 1 is on or before 3/31/2022

| Date of Service | Procedure | Current 0 - 30 | Past 31 - 60 | Past 61 - 90 | Past 91 - 120 | Past 121 ----> | Total Balance |
|---|---|---|---|---|---|---|---|
| **THE HARTFORD INSURANCE GROUP (HAR00)** | | | | | | | (800)280-0555 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 762,930.97 | 762,930.97 |
| **HERTZ CLAIM MANAGEMENT (HER00)** | | | | | | | (800)762-0341 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 29,653.56 | 29,653.56 |
| **HORACE MANN (HOR00)** | | | | | | | |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 90,538.02 | 90,538.02 |
| **INTEGON NATIONAL COMP (INT00)** | | | | | | | (336)432-2000 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 94,459.86 | 94,459.86 |
| **James River Insurance Company (JAM00)** | | | | | | | (804)289-2700 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 119,816.16 | 119,816.16 |
| **KNIGHT MANAGEMENT INSURANCE SERVICES (KNI00)** | | | | | | | (323)692-8895 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 107,496.56 | 107,496.56 |
| **L.A. INSURANCE (LA000)** | | | | | | | (313)255-8299 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 16,176.58 | 16,176.58 |
| **Lancer Insurance Company (LAN00)** | | | | | | | |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 179,860.00 | 179,860.00 |
| **LIBERTY MUTUAL (LIB00)** | | | | | | | (800)225-2467 |
| | Insurance Totals: | 6,242.70 | 6,144.30 | 2,875.50 | 2,937.00 | 3,062,270.95 | 3,080,470.45 |

US HEALTH PHARMACEUTICALS

# Primary Insurance Aging Summary

As of March 31, 2022

Show all data where the Initial Billing Date 1 is on or before 3/31/2022

| Date of Service | Procedure | Current 0 - 30 | Past 31 - 60 | Past 61 - 90 | Past 91 - 120 | Past 121 ----> | Total Balance |
|---|---|---|---|---|---|---|---|
| **LM GENERAL INSURANCE COMPANY (LM000)** | | | | | | | **(617)357-9500** |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 67,898.00 | 67,898.00 |
| **LIBERTY MUTUAL (LMCOM)** | | | | | | | **(800)362-0000** |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 501.90 | 501.90 |
| **LYFT-York Risk (LYFT-** | | | | | | | **(866)391-9675** |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 691.20 | 691.20 |
| **Main Street America Group (MAI00)** | | | | | | | **(800)962-5515** |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 222,634.03 | 222,634.03 |
| **MTMIC (MANTE)** | | | | | | | |
| | Insurance Totals: | 1,220.69 | 981.90 | 0.00 | 981.90 | 13,228.20 | 16,412.69 |
| **MARKEL AMERICAN INS CO (MAR00)** | | | | | | | **(804)527-2700** |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 136,071.15 | 136,071.15 |
| **Massachusetts Bay Insurance Co (MAS00)** | | | | | | | |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 9,524.70 | 9,524.70 |
| **MEDICARE - WPS GHA (MED00)** | | | | | | | |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 10,780.94 | 10,780.94 |
| **MEEMIC (MEE00)** | | | | | | | **(248)344-2295** |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 632,008.99 | 632,008.99 |

US HEALTH PHARMACEUTICALS

# Primary Insurance Aging Summary

As of March 31, 2022

Show all data where the Initial Billing Date 1 is on or before 3/31/2022

| Date of Service | Procedure | Current 0 - 30 | Past 31 - 60 | Past 61 - 90 | Past 91 - 120 | Past 121 ----> | Total Balance |
|---|---|---|---|---|---|---|---|
| **MERCURY NATIONAL INSURANCE (MER00)** | | | | | | | (800)503-3724 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 46,836.86 | 46,836.86 |
| **METLIFE AUTO INSURANCE (MET00)** | | | | | | | (888)854-6011 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 266,115.92 | 266,115.92 |
| **MI PROPERTY & CASUALTY (MI000)** | | | | | | | (248)482-0381 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 4,068.31 | 4,068.31 |
| **MICHIGAN INSURANCE COMPANY (MIC00)** | | | | | | | (888)606-6426 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 42,440.82 | 42,440.82 |
| **MICHIGAN MILLERS MUTUAL INSURANCE (MIC01)** | | | | | | | |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 6,189.68 | 6,189.68 |
| **MICHIGAN ASSIGNED CLAIMS PLAN (MIC02)** | | | | | | | |
| | Insurance Totals: | 2,092.20 | 5,339.51 | 3,126.90 | 1,911.30 | 1,517,899.69 | 1,530,369.60 |
| **Michigan Property & Casualty (MIC03)** | | | | | | | (248)482-0381 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 4,416.19 | 4,416.19 |
| **Miller Mutual Insurance Company (MIL00)** | | | | | | | (517)482-6211 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 10,284.30 | 10,284.30 |
| **MICHIGAN MUNICIPAL RISK AUTHORITY (MIMUR)** | | | | | | | (734)513-0300 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 1,248.94 | 1,248.94 |

US HEALTH PHARMACEUTICALS

# Primary Insurance Aging Summary

As of March 31, 2022
Show all data where the Initial Billing Date 1 is on or before 3/31/2022

| Date of Service | Procedure | Current 0 - 30 | Past 31 - 60 | Past 61 - 90 | Past 91 - 120 | Past 121 ----> | Total Balance |
|---|---|---|---|---|---|---|---|
| **MITCHELL WCS FRANKENMUTH (MIT01)** | | | | | | | (800)234-4433 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 19,036.56 | 19,036.56 |
| **Molina Insurance (MOL00)** | | | | | | | (888)898-7969 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 22,228.67 | 22,228.67 |
| **NORTH AMERICAN RISK MGT (NARS)** | | | | | | | (800)315-6090 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 18,192.09 | 18,192.09 |
| **National General Insurance (Claims Dept) (NAT00)** | | | | | | | (800)325-1088 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 678,571.35 | 678,571.35 |
| **NATIONAL INDEMNITY INSURANCE COMPANY (NAT01)** | | | | | | | (402)916-3000 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 170,544.02 | 170,544.02 |
| **NATIONAL CASUALTY (NAT02)** | | | | | | | (800)423-7675 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 21,187.67 | 21,187.67 |
| **NATIONWIDE (NAT03)** | | | | | | | (800)951-1016 |
| | Insurance Totals: | 0.00 | 1,386.90 | 1,342.50 | 2,956.80 | 276,370.58 | 282,056.78 |
| **NATIONAL SPECIALTY INSURANCE (NAT04)** | | | | | | | |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 75,817.98 | 75,817.98 |
| **National Pharmaceutical (NATIO)** | | | | | | | (800)546-5677 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 17,240.43 | 17,240.43 |

US HEALTH PHARMACEUTICALS

# Primary Insurance Aging Summary

As of March 31, 2022

Show all data where the Initial Billing Date 1 is on or before 3/31/2022

| Date of Service | Procedure | Current 0 - 30 | Past 31 - 60 | Past 61 - 90 | Past 91 - 120 | Past 121 ----> | Total Balance |
|---|---|---|---|---|---|---|---|
| **NO INSURANCE (NO000)** | | | | | | | |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 794,356.21 | 794,356.21 |
| **One Beacon (ONE00)** | | | | | | | (877)624-7775 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 27,776.03 | 27,776.03 |
| **PDB Investments & Insurance Agency (PDB00)** | | | | | | | (248)936-0150 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 12,934.20 | 12,934.20 |
| **PHILADELPHIA INSURANCE COMPANY (PHI00)** | | | | | | | (800)765-9749 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 1,342.50 | 510,201.09 | 511,543.59 |
| **PIONEER STATE MUTUAL (PIO00)** | | | | | | | (800)443-1320 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 161,533.10 | 161,533.10 |
| **PMA COMPANIES (PMA)** | | | | | | | (800)222-2749 |
| | Insurance Totals: | 0.00 | 405.00 | 0.00 | 0.00 | 26,247.22 | 26,652.22 |
| **PROGRESSIVE INSURANCE (PRO00)** | | | | | | | (888)622-6658 |
| | Insurance Totals: | 1,379.40 | 3,448.20 | 749.70 | 3,673.80 | 3,762,068.81 | 3,771,319.91 |
| **PRO-CENTURY INSURANCE COMPANY (PRO01)** | | | | | | | |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 51,002.51 | 51,002.51 |
| **PROGRESSIVE INSURANCE (PRO02)** | | | | | | | (888)622-6658 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 82,408.26 | 82,408.26 |

US HEALTH PHARMACEUTICALS

# Primary Insurance Aging Summary

As of March 31, 2022

Show all data where the Initial Billing Date 1 is on or before 3/31/2022

| Date of Service | Procedure | Current 0 - 30 | Past 31 - 60 | Past 61 - 90 | Past 91 - 120 | Past 121 ----> | Total Balance |
|---|---|---|---|---|---|---|---|
| **REPWEST (REPWE)** | | | | | | | (877)528-5673 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 10,761.90 | 10,761.90 |
| **SAFECO INSURANCE (SAF00)** | | | | | | | (800)225-2467 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 333,562.12 | 333,562.12 |
| **Safeway Insurance Company (SAFWA)** | | | | | | | (800)659-6551 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 1,203.94 | 1,203.94 |
| **SECURA INSURANCE (SEC00)** | | | | | | | (800)558-3405 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 54,438.59 | 54,438.59 |
| **SEDGWICK (SED00)** | | | | | | | (877)957-6437 |
| | Insurance Totals: | 0.00 | 0.00 | 276.00 | 1,753.20 | 343,189.37 | 345,218.57 |
| **SEDGWICK CLAIMS MGT (SEDGW)** | | | | | | | (866)795-7844 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 5,735.70 | 5,735.70 |
| **Selective Insurance Co. (SEL00)** | | | | | | | |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 415,812.32 | 415,812.32 |
| **SENTRY INSURANCE (SEN00)** | | | | | | | (800)373-6879 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 45,922.34 | 45,922.34 |
| **SMART BUS (SMA00)** | | | | | | | (800)968-3767 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 22,785.72 | 22,785.72 |

US HEALTH PHARMACEUTICALS

# Primary Insurance Aging Summary

As of March 31, 2022

Show all data where the Initial Billing Date 1 is on or before 3/31/2022

| Date of Service | Procedure | Current 0 - 30 | Past 31 - 60 | Past 61 - 90 | Past 91 - 120 | Past 121 ----> | Total Balance |
|---|---|---|---|---|---|---|---|
| **STATE FARM (STA00** | | | | | | | (800)782-8332 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 4,298,353.56 | 4,298,353.56 |
| **STATE AUTO (STA01** | | | | | | | (800)766-1853 |
| | Insurance Totals: | 0.00 | 3,974.46 | 0.00 | 0.00 | 63,250.92 | 67,225.38 |
| **TITAN INSURANCE (TIT00)** | | | | | | | (800)926-3168 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 2,044,555.27 | 2,044,555.27 |
| **TRAVELERS INSURANCE (TRA00)** | | | | | | | (800)238-6225 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 202,169.17 | 202,169.17 |
| **Travelers (workers comp NY) (TRA01)** | | | | | | | (800)348-6944 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 49,691.27 | 49,691.27 |
| **Travelers Lyft (TRALY)** | | | | | | | (800)252-4633 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 54,884.53 | 54,884.53 |
| **Trumbull (TRU00)** | | | | | | | (860)547-4497 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 27,084.18 | 27,084.18 |
| **ULLICO CASUALTY (ULL00)** | | | | | | | (888)315-3352 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 27,393.92 | 27,393.92 |
| **United Healthcare (UNI00)** | | | | | | | (866)414-1959 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 30,678.53 | 30,678.53 |

US HEALTH PHARMACEUTICALS

# Primary Insurance Aging Summary

As of March 31, 2022

Show all data where the Initial Billing Date 1 is on or before 3/31/2022

| Date of Service | Procedure | Current 0 - 30 | Past 31 - 60 | Past 61 - 90 | Past 91 - 120 | Past 121 ----> | Total Balance |
|---|---|---|---|---|---|---|---|
| **USAA CASUALTY INSURANCE COMPANY (USAA00)** | | | | | | | (210)531-8722 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 1,278,068.58 | 1,278,068.58 |
| **USA UNDERWRITERS (USA01)** | | | | | | | (855)230-1656 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 45,301.65 | 45,301.65 |
| **WESTFIELD INSURANCE (WES00)** | | | | | | | (800)243-0210 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 180,443.12 | 180,443.12 |
| **WEST BEND MUTUAL INSURANC (WEST)** | | | | | | | (800)236-5010 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 31,188.01 | 31,188.01 |
| **WORKERS COMPENSATION (WOR00)** | | | | | | | |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 149,002.06 | 149,002.06 |
| **YORK RISK SERVICES (YOR00)** | | | | | | | (866)391-9675 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 855,964.94 | 855,964.94 |
| **ZURICH (ZUR00)** | | | | | | | (800)987-3373 |
| | Insurance Totals: | 0.00 | 0.00 | 0.00 | 0.00 | 56,459.60 | 56,459.60 |
| Report Aging Totals | | $22,595.38 | $38,804.00 | $26,373.90 | $19,767.30 | $49,614,568.21 | $49,722,108.79 |
| Percent of Aging Tota | | 0.0 % | 0.1 % | 0.1 % | 0.0 % | 99.8 % | 100.0 % |